IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED

2009 MAY 27 P 4: 34

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

INTERSECTIONS INC.,

and

NET ENFORCERS, INC.

      Plaintiffs,

v.

JOSEPH C. LOOMIS,

and

JENNI M. LOOMIS

      Defendants.

Case No. 1:09cv597

## PLAINTIFF INTERSECTIONS INC.'S FINANCIAL DISCLOSURE UNDER LOCAL RULE 7.1

Plaintiff, Intersections Inc., hereby makes the following financial disclosure pursuant to Local Rule 7.1.

Intersections Inc. is a business corporation organized and existing under the laws of the State of Delaware. Intersections Inc. has no parent entity. Intersections Inc. has no affiliate entities that have issued stock or debt securities to the public. There are no subsidiary entities of Intersections, Inc. that have outstanding debt securities. There are no publicly held entities that own 10% or more of Intersections Inc. stock.

Respectfully submitted,

Dated May 27, 2009

By: /s/

Tara Lee
Virginia Bar No. 71594
*Attorney for Intersections Inc. and
Net Enforcers, Inc.*
DLA PIPER LLP (US)
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Telephone: 703.773.4000
Facsimile: 703.773.5000
Tara.Lee@dlapiper.com

Ryan C. Berry
Virginia Bar No. 67956
*Attorney for Intersections Inc. and
Net Enforcers, Inc.*
DLA PIPER LLP (US)
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Telephone: 703.773.4000
Facsimile: 703.773.5000
Ryan.Berry@dlapiper.com

Of Counsel:
David Clarke
Michelle J. Dickinson
Meghan Vince
*Attorneys for Intersections Inc. and
Net Enforcers, Inc.*
DLA PIPER LLP (US)
6225 Smith Avenue
Baltimore, Maryland 21209
Telephone: 410.580.3000
Facsimile: 410.580.3001