**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| INTERSECTIONS INC.<br><br>and<br><br>NET ENFORCERS, INC.<br><br>        Plaintiffs,<br><br>    v.<br><br>JOSEPH C. LOOMIS<br><br>and<br><br>JENNI M. LOOMIS<br><br>        Defendants. | Case No.: 1:09cv-0597 (LMB/TCB) |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Ryan C. Berry, an associate with DLA Piper LLP (US), and admitted to practice in this District, hereby enters his appearance as counsel for Plaintiffs Intersections Inc. and Net Enforcers, Inc.

Dated: June 17, 2009                          Respectfully submitted,

                                          By:    /s/
                                                   Ryan C. Berry
                                                   Virginia bar number 67956
                                                   Attorney for Plaintiffs Intersections Inc.
                                                        and Net Enforcers, Inc.
                                                   DLA PIPER LLP (US)
                                                   1775 Wiehle Avenue, Suite 400
                                                   Reston, Virginia 20190-5159
                                                   Phone: (703) 773-4151
                                                   Facsimile: (703) 773-5000
                                                   ryan.berry@dlapiper.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 17th of June, 2009, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system.

      And I hereby certify that I will mail the document by U.S. mail to the following non-filing user:

            Rodney F. Page, Esquire
            Bryan Cave LLP
            1155 F Street, N.W.
            Washington, D.C.  20004

                                    /s/
                             Ryan C. Berry
                             Virginia bar number 67956
                             Attorney for Plaintiffs Intersections Inc.
                                 and Net Enforcers, Inc.
                             DLA PIPER LLP (US)
                             1775 Wiehle Avenue, Suite 400
                             Reston, Virginia 20190-5159
                             Phone: (703) 773-4151
                             Facsimile: (703) 773-5000
                             ryan.berry@dlapiper.com

EAST\42457382.1