# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| **INTERSECTIONS INC.** and **NET ENFORCERS, INC.**,       Plaintiffs, v. **JOSEPH C. LOOMIS** and **JENNI M. LOOMIS**,       Defendants. | Civil Action No. 1:09CV597 LMB/TCB |

## JURY DEMAND
## OF DEFENDANT AND COUNTERCLAIMANT JOSEPH C. LOOMIS

Defendant and Counterclaimant Joseph C. Loomis demands a jury on all claims and defenses so triable.

Respectfully submitted,

**BRYAN CAVE LLP**

/s William E. Olson
Rodney F. Page (VSB #12402)
William E. Olson (VSB #47251)
Jennifer M. Kies (VSB #73102)
1155 F Street, NW
Washington, DC  20004
Tel.:  (202) 508-6002
Fax:  (202) 508-6200
rfpage@bryancave.com
weolson@bryancave.com
jennifer.kies@bryancave.com

Dated:  July 13, 2009

*Counsel for Defendant and Counterclaimant Joseph C. Loomis*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of July 2009, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Ryan C. Berry
>Tara Lee
>DLA PIPER LLP (US)
>1775 Wiehle Avenue, Suite 400
>Reston, VA 20190
>
>*Counsel for Plaintiffs Intersections, Inc. and Net Enforcers, Inc.*
>
>
>/s William E. Olson
>William E. Olson, VA Bar. No. 47251
>Bryan Cave LLP
>1155 F Street, NW
>Washington, D.C. 20005-3960
>Telephone:  (202) 508-6000
>Facsimile:  (202) 508-6200
>weolson@bryancave.com
>
>*Counsel for Defendant and Counterclaimant Joseph C. Loomis*