Date: 7/24/09

JUDGE: **BRINKEMA**
REPORTER: Thomson

Start: 11:11
Finish: 11:18

Civil Action Number: 1:09cv597

Intersections Inc, et al

VS.

Joseph C. Loomis et al

Deft's [✓]
Pltf's [ ] Motion to/for: To Dismiss

Argued & w/o prej
Granted [ ] Denied [✓] Granted in part/Denied in part [ ]   Continued [ ]
Taken Under Advisement [ ]
Appearance of Counsel