

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

INTERSECTIONS, INC., <u>et al.</u>,            )
                                               )
     Plaintiffs,                           )
                                               )
v.                                             )    1:09cv597 (LMB/TCB)
                                               )
JOSEPH C. LOOMIS, <u>et al.</u>,               )
                                               )
     Defendants.                           )

## ORDER

For the reasons stated in open court, it is hereby

ORDERED that defendants' Motion to Dismiss [11] be and is

DENIED.

The Clerk is directed to forward copies of this Order to

counsel of record.

Entered this 24th day of July, 2009.


Alexandria, Virginia

                                    /s/
                                    Leonie M. Brinkema
                                    United States District Judge