# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| Intersections Inc. and Net Enforcers, Inc.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Joseph C. Loomis and Jenni M. Loomis,<br><br>　　　　Defendants. | Civil Action No. 1:09CV597 (LMB/TCB) |

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Plaintiff Intersections Inc. ("Intersections") by counsel, respectfully moves this Court, pursuant to Rule 37 the Federal Rules of Civil Procedure and the Local Rules of this Court, to compel Defendant Jenni M. Loomis ("Ms. Loomis") to produce all documents responsive to Plaintiffs' First Request for Production of Documents and to compel Defendant Joseph C. Loomis ("Mr. Loomis") to produce a load file containing all metadata required by the Court approved Discovery Plan.

WHEREFORE, for the reasons stated in Intersections Inc.'s Memorandum in Support of its Motion to Compel Discovery, Intersections respectfully requests that this Court grant its instant Motion.

Dated: October 23, 2009　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By:　　　/s/
　　　　　　　　　　　　　　　　　　　　　Tara Lee (Virginia Bar No. 71594)
　　　　　　　　　　　　　　　　　　　　　Ryan C. Berry (Virginia Bar No. 67956)
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　　　　DLA PIPER LLP (US)
　　　　　　　　　　　　　　　　　　　　　1775 Wiehle Avenue, Suite 400
　　　　　　　　　　　　　　　　　　　　　Reston, Virginia 20190
　　　　　　　　　　　　　　　　　　　　　Telephone: 703.773.4000
　　　　　　　　　　　　　　　　　　　　　Facsimile: 703.773.5000
　　　　　　　　　　　　　　　　　　　　　Tara.Lee@dlapiper.com
　　　　　　　　　　　　　　　　　　　　　Ryan.Berry@dlapiper.com

David Clarke (admitted *pro hac vice*)
Michelle J. Dickinson (admitted *pro hac vice*)
Melissa R. Roth (admitted *pro hac vice*)
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, Maryland 21209
Telephone:  410.580.3000
Facsimile:    410.580.3001
David.Clarke@dlapiper.com
Michelle.Dickinson@dlapiper.com
Melissa.Roth@dlapiper.com

*Attorneys for Plaintiffs*
*Intersections Inc. and Net Enforcers, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of October, 2009, I will electronically file the foregoing Plaintiff's Motion to Compel Discovery with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Thomas M. Dunlap, Esquire
>Email: tdunlap@dglegal.com
>David Ludwig, Esquire
>Email: dludwig@dglegal.com
>**Dunlap Grubb & Weaver PC**
>199 Liberty St., S.W.
>Leesburg, VA 20175-2715

And I hereby certify that I will electronically mail the document to the following non-filing users:

>Randy Yavitz
>Email: yavitz@hhylaw.com
>Candess J. Hunter
>Email: candess@hhylaw.com
>Isabel M. Humphrey
>Email: isabel@hhylaw.com
>**Hunter Humphrey & Yavitz, PLC**
>2633 E. Indian School Road, Ste. 440
>Phoenix, Arizona 85016

>　　　　/s/
>Tara Lee
>Virginia bar number 71594
>Attorney for Plaintiffs
>DLA PIPER LLP (US)
>1775 Wiehle Avenue, Suite 400
>Reston, Virginia 20190-5159
>Phone: (703) 773-4150
>Facsimile: (703) 773-5000
>Tara.Lee@dlapiper.com

EAST\42593856.1