# EXHIBIT F

**Roth, Melissa R.**

| | |
|---|---|
| From: | Dickinson, Michelle J. |
| Sent: | Wednesday, September 16, 2009 8:19 PM |
| To: | 'yavitz@hhylaw.com' |
| Cc: | Roth, Melissa R.; Cramer, Vanessa |
| Subject: | Re: Loomis |

We'll have a better idea of venues once we get your clients' documents. When should we expect them?

With respect to the 30(b)6 depos, the Rules do not entitle you to depose any witness more than once without leave of court. I do not expect any problems with respect to completing in the allotted time - provided you are adequately prepared.
Michelle
Michelle

Michelle J. Dickinson
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-4137 Direct Phone
(410) 580-3137 Direct Fax
michelle.dickinson@dlapiper.com

ATTORNEY WORK PRODUCT


----- Original Message -----
From: Randy Yavitz <yavitz@hhylaw.com>
To: Dickinson, Michelle J.
Sent: Wed Sep 16 19:36:39 2009
Subject: RE: Loomis

OK, we will look at dates. What venues should we look at? I'm aware of Rule 30(d). Under that rule I am entitled to up to 4 seven-hour days, given the multiple defendants and plaintiffs. I don't want 4-days. In fact, I don't want a minute more than necessary. But much is outside my control. I can't govern whom will be selected as company representatives. I can't govern the level of their preparation, their candor or your cooperation. So, in due course, we will notice the 30(b)(6) deposition, and we can discuss the anticipated length.


Randy Yavitz
HUNTER, HUMPHREY & YAVITZ, PLC
2633 E Indian School Rd, #440
Phoenix, Arizona 85016

602-275-7733 Telephone
480-452-1377 Facsimile
randy@hhylaw.com
www.hhylaw.com

NOTICE: This e-mail may contain confidential and privileged material for the sole use of the
intended recipient. Any review or distribution by others is strictly prohibited. If you are not the
intended recipient, please contact the sender and delete and destroy all copies. Thank you.

----- Original Message -----
From: "Dickinson, Michelle J."
To: "Randy Yavitz" , "Isabel M Humphrey"
Sent: 9/16/2009 8:56AM

1

Subject: RE: Loomis

Randy,
After October 26th is fine.  I am not suggesting we limit non-expert depos to that time period, just that we both block off a dozen or so dates that may be used for depos to make the scheduling process easier.  We certainly may take depositions outside that time frame and may not use some of the dates blocked off, but at least we'll have some dates for non-expert witness depositions where we know both sides are available.  Please propose some dates, and I will let you know what works for us.  In addition to the non-expert witness depositions, I expect expert witness depositions will take place after Thanksgiving, based on the expert disclosure schedule.

I am not sure what deposition requests you are referring to in your first paragraph.  Notwithstanding, we will designate the appropriate corporate designee(s) based on the topics you identify in your 30(b)6 depo notice.  I do not anticipate the 30(b)6 deposition taking longer than the one seven-hour day limit provided by FRCP 30(d).  If you believe otherwise, please advise.  Thanks.
Michelle

---

From: Randy Yavitz [mailto:yavitz@hhylaw.com]
Sent: Tuesday, September 15, 2009 9:06 PM
To: Dickinson, Michelle J.; Isabel M Humphrey
Cc: tdunlap@dglegal.com; Roth, Melissa R.
Subject: RE: Loomis

Sounds like a good idea.  To follow up on Rodney's deposition requests, we would like to start with a 30(b)(6) deposition of the plaintiff corporations, which will probably take a couple of days, assuming that the representatives selected are capable and willing to answer questions.

In terms of scheduling, we are tied up in another trial until October 26, so we'd need to postpone the start date of the deposition phase by one week.  What was the thinking behind your selection of Nov 19 as the end date?


Randy Yavitz
HUNTER, HUMPHREY & YAVITZ, PLC
2633 E Indian School Rd, #440
Phoenix, Arizona 85016

602-275-7733 Telephone
480-452-1377 Facsimile
randy@hhylaw.com
www.hhylaw.com

NOTICE: This e-mail may contain confidential and privileged material for the sole use of the
    intended recipient. Any review or distribution by others is strictly prohibited. If you are not the
    intended recipient, please contact the sender and delete and destroy all copies.  Thank you.

   ----- Original Message -----
   From: "Dickinson, Michelle J."
   To: "Isabel M Humphrey" , "Randy Yavitz"
   Sent: 9/15/2009 1:21PM
   Subject: Loomis

2

Counsel,

In the interest of making the deposition scheduling process as smooth as possible, I propose that all counsel agree to set aside 12-14 days between October 19, 2009 and November 19, 2009 for depositions. We don't have to use all of the dates for depositions, but we at least will have them blocked off so that they are available. If you are in agreement, please email me the dates you would prefer to block off and we will confirm. Thanks.

Michelle

Please consider the environment before printing this email.
_____

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.
_____

_____ Information from ESET NOD32 Antivirus, version of virus signature database 4427 (20090915) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com


Please consider the environment before printing this email.
_____
The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.
_____

_____ Information from ESET NOD32 Antivirus, version of virus signature database 4430 (20090916) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

3