# EXHIBIT H

## Roth, Melissa R.

| | |
|---|---|
| **From:** | Dickinson, Michelle J. |
| **Sent:** | Thursday, October 01, 2009 7:12 PM |
| **To:** | Isabel M Humphrey; Randy Yavitz; candess@hhylaw.com |
| **Cc:** | Roth, Melissa R. |
| **Subject:** | Loomis |

Counsel:
We propose scheduling Jenni's deposition for November 6th and Joe's deposition for November 9th. Please confirm their availability.

We are continuing to produce documents on a rolling basis as agreed and will be sending out another batch of documents tomorrow. Please advise as to when you expect to produce responsive documents. Thanks.
Michelle

10/22/2009