# EXHIBIT I

## Roth, Melissa R.

**From:** Dickinson, Michelle J.
**Sent:** Monday, October 05, 2009 1:22 PM
**To:** Isabel M Humphrey; Randy Yavitz; candess@hhylaw.com
**Cc:** dludwig@dglegal.com; Roth, Melissa R.
**Subject:** Loomis

Counsel:
We are concerned that your clients have several outstanding discovery issues that need to be addressed completely before we begin depositions. We would like to set up a call to discuss the following discovery issues:

- Responses to our letters dated September 9, 18, and 25 regarding deficiencies in your clients' discovery responses;
- Your clients' production of documents;
- Imaging of computers; and
- Deposition dates.

We can be available today at 3 p.m. EST or tomorrow at 4 p.m. EST. Please let me know if if either of those times works for you. Thanks.
Michelle

10/22/2009