# EXHIBIT J

## Roth, Melissa R.

**From:** Isabel M Humphrey [isabel@hhylaw.com]
**Sent:** Tuesday, October 06, 2009 2:47 PM
**To:** Dickinson, Michelle J.
**Cc:** dludwig@dglegal.com; Roth, Melissa R.
**Subject:** RE: Loomis

Michelle, Joe has been working with a vendor in Canada on the document conversions, but they are having a problem with his Outlook files. The conversion process keeps skipping large numbers of emails. The problem supposedly may have something to do with some of the emails originating from Office 2003 (rather than Office 2007), and/or with the sheer size of Joe's .pst file, but no solution has been identified thus far. The vendor is running various tests in an attempt to resolve the issue, but this is taking longer than expected.

Given our schedule, Joe has offered to provide his email disclosures in native format to get them to you more quickly. Let me know if you would like to take him up on this offer and, if so, how you think we could best handle document control.

Isabel M. Humphrey, Esq.
HUNTER, HUMPHREY & YAVITZ, PLC
2633 E Indian School Rd, #440
Phoenix, Arizona 85016

Telephone: 602-275-7733 x103
Direct Fax: 480-452-1374
isabel@hhylaw.com
www.hhylaw.com

NOTICE: This e-mail may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender and delete and destroy all copies. Thank you.

----- Original Message -----
From: "Dickinson, Michelle J."
To: "Isabel M Humphrey" , "Randy Yavitz" ,
Sent: 10/05/2009 10:22AM
Subject: Loomis

Counsel:
We are concerned that your clients have several outstanding discovery issues that need to be addressed completely before we begin depositions. We would like to set up a call to discuss the following discovery issues:

- Responses to our letters dated September 9, 18, and 25 regarding deficiencies in your clients' discovery responses;
- Your clients' production of documents;
- Imaging of computers; and
- Deposition dates.

We can be available today at 3 p.m. EST or tomorrow at 4 p.m. EST. Please let me know if if either of those times works for you. Thanks.
Michelle

Please consider the environment before printing this email.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the

10/22/2009

intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

_____ Information from ESET NOD32 Antivirus, version of virus signature database 4482 (20091005) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

10/22/2009