# EXHIBIT M

## Roth, Melissa R.

**From:** Dickinson, Michelle J.
**Sent:** Thursday, October 08, 2009 8:21 PM
**To:** Isabel M Humphrey; Randy Yavitz
**Cc:** Roth, Melissa R.; dludwig@dglegal.com
**Subject:** Loomis

Counsel:
This confirms our telephone conversation today wherein you indicated that it was reasonable for us to expect to receive all of Joseph Loomis and Jenni Loomis' documents in response to Intersections' document requests by Tuesday, October 13, 2009.
Michelle

10/22/2009