# EXHIBIT N

Case 1:09-cv-00597-LMB-TCB   Document 38-15   Filed 10/23/09   Page 1 of 2 PageID# 635

## Roth, Melissa R.

**From:** Dickinson, Michelle J.
**Sent:** Wednesday, October 14, 2009 3:12 PM
**To:** Isabel M Humphrey; Randy Yavitz
**Cc:** Roth, Melissa R.
**Subject:** Loomis

Counsel:
During our call on Thursday, October 9, 2009, you indicated that it was reasonable for us to expect to receive Joe Loomis and Jenni Loomis' document production yesterday. We did not. Please advise today as to when you will produce the documents.
Michelle

10/22/2009