# EXHIBIT O

**Dickinson, Michelle J.**

From: Isabel M Humphrey [isabel@hhylaw.com]
Sent: Wednesday, October 14, 2009 6:58 PM
To: Dickinson, Michelle J.
Subject: RE: Loomis

I am told that I should have the disks in my office by Friday.

Regarding Jenni's deposition, the best date I can get from her is Nov. 4 (Wednesday). As you have a local office here, perhaps you can work remotely from Phoenix on the days in between depos? Also, once you identify the 30(b)(6) deponents, enabling us to identify the additional depositions we will need, it may turn out that one or more of our deponents are in Arizona and we can work them in on those days.

Isabel M. Humphrey, Esq.
HUNTER, HUMPHREY & YAVITZ, PLC
2633 E Indian School Rd, #440
Phoenix, Arizona 85016

Telephone: 602-275-7733 x103
Direct Fax: 480-452-1374
isabel@hhylaw.com
www.hhylaw.com

NOTICE: This e-mail may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender and delete and destroy all copies. Thank you.

----- Original Message -----
From: "Dickinson, Michelle J."
To: "Isabel M Humphrey" , "Randy Yavitz"
Sent: 10/14/2009 12:11PM
Subject: Loomis

Counsel:
During our call on Thursday, October 9, 2009, you indicated that it was reasonable for us to expect to receive Joe Loomis and Jenni Loomis' document production yesterday. We did not. Please advise today as to when you will produce the documents.
Michelle

Please consider the environment before printing this email.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

_____ Information from ESET NOD32 Antivirus, version of virus signature database 4507 (20091014) _____

The message was checked by ESET NOD32 Antivirus.

10/23/2009

http://www.eset.com

10/23/2009