```
```
# EXHIBIT P

**Roth, Melissa R.**

| | |
|---|---|
| From: | Dickinson, Michelle J. |
| Sent: | Wednesday, October 14, 2009 7:50 PM |
| To: | 'isabel@hhylaw.com' |
| Cc: | Roth, Melissa R.; Cramer, Vanessa |
| Subject: | Re: Loomis |

I request that you overnight the disks to my office upon receipt on Friday. We will have no choice but to file a motion to compel on Monday if we do not receive them by then.

November 4 will not work for us for Jenni's depo. If Jenni has a real conflict with the dates we proposed for Arizona as an accomodation to you, we can do her deposition on the 5th or 6th in NC and do Joe's on the 9th in AZ as planned. Please advise.

We are reviewing the 30b6 areas of inquiry and will identify the representative(s) and dates shortly.

Michelle J. Dickinson
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-4137 Direct Phone
(410) 580-3137 Direct Fax
michelle.dickinson@dlapiper.com

ATTORNEY WORK PRODUCT


----- Original Message -----
From: Isabel M Humphrey <isabel@hhylaw.com>
To: Dickinson, Michelle J.
Sent: Wed Oct 14 18:57:30 2009
Subject: RE: Loomis

I am told that I should have the disks in my office by Friday.

Regarding Jenni's deposition, the best date I can get from her is Nov. 4 (Wednesday). As you have a local office here, perhaps you can work remotely from Phoenix on the days in between depos? Also, once you identify the 30(b)(6) deponents, enabling us to identify the additional depositions we will need, it may turn out that one or more of our deponents are in Arizona and we can work them in on those days.

Isabel M. Humphrey, Esq.
HUNTER, HUMPHREY & YAVITZ, PLC
2633 E Indian School Rd, #440
Phoenix, Arizona 85016

Telephone: 602-275-7733 x103
Direct Fax: 480-452-1374
isabel@hhylaw.com
www.hhylaw.com

NOTICE: This e-mail may contain confidential and privileged material for the sole use of the
intended recipient. Any review or distribution by others is strictly prohibited. If you are not the
intended recipient, please contact the sender and delete and destroy all copies. Thank you.

----- Original Message -----
From: "Dickinson, Michelle J."
To: "Isabel M Humphrey" , "Randy Yavitz"
Sent: 10/14/2009 12:11PM

1

Subject: Loomis

Counsel:
During our call on Thursday, October 9, 2009, you indicated that it was reasonable for us to expect to receive Joe Loomis and Jenni Loomis' document production yesterday. We did not. Please advise today as to when you will produce the documents.
Michelle
Please consider the environment before printing this email.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

Information from ESET NOD32 Antivirus, version of virus signature database 4507 (20091014)

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

2