# EXHIBIT Q

# HUNTER, HUMPHREY & YAVITZ, PLC

*Creative Approaches—Solid Results*

2633 E. Indian School Rd., Suite 440
Phoenix, Arizona 85016

Candess J. Hunter
Isabel M. Humphrey
Randy Yavitz

Telephone: (602) 275-7733
Direct Fax: (480) 452-1388
Direct E-mail: stacey@hhylaw.com

October 16, 2009

**VIA OVERNIGHT MAIL**

Michelle J. Dickinson, Esq.
DLA Piper LLP
6225 Smith Avenue
Baltimore, MD. 21209-3600

Re:     NEI - Loomis

Dear Ms. Dickenson:

Enclosed are the following DVDs:

1.  3 DVDs marked "DLA #1 of 3", "DLA #2 of 3" and "DLA #3 of 3" containing .tif files as
    required by the discovery order.  These documents are numbered JL000001-JL0350621.

2.  1 DVD marked "DLA #1 Native Files", containing files required by the discovery order to be
    provided in native format.

3.  2 DVDs marked "Loomis Home Computer Files 12/17/08", and 2 DVDs marked "Loomis
    Home Computer Files 6/2009", which are the backup disks discussed in our previous
    correspondence.

Sincerely,

HUNTER, HUMPHREY & YAVITZ, PLC

Stacey L. Mosbrucker
Paralegal

cc:     Joe Loomis, w/o enc.