# EXHIBIT R



**DLA Piper** LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland  21209-3600
www.dlapiper.com

Michelle J. Dickinson
michelle.dickinson@dlapiper.com
T  410.580.4137
F  410.580.3137

October 21, 2009
*VIA ELECTRONIC MAIL*

Isabel M. Humphrey
Randy Yavitz
Candess J. Hunter
Hunter, Humphrey & Yavitz, PLC
2633 E. Indian School Road, #440
Phoenix, Arizona 85016

Re:    *Intersections Inc. and Net Enforcers, Inc. v. Loomis and Loomis*, Case No. 1:09CV597

Dear Counsel:

We received your October 16, 2009 letter enclosing several DVDs. Please confirm that the DVDs produced to us (i) include documents collected from Jenni Loomis and (ii) represent the complete production of documents by Joseph Loomis.

In addition, we have begun our review of the documents contained on those DVDs and have several concerns. First, you did not provide all of the metadata fields required by the parties' Discovery Plan. Specifically, you did not provide a "beg doc" field and you did not provide an "extracted text" field. Without the extracted text field, as you likely are aware, we are not able to search the documents produced. Second, you did not provide a link between the native files as provided on the disk and their corresponding production bates numbers. There is no way for us easily to determine which native file corresponds to a particular tiff image.

Please let us know if you are available tomorrow at 1:00 pm EST to discuss these issues pursuant to Local Civil Rule 37(E).

Very truly yours,

Michelle J. Dickinson

Michelle J. Dickinson

cc:     David Ludwig
        Melissa R. Roth

EAST\42591431.1