# EXHIBIT S

## Roth, Melissa R.

**From:** Dickinson, Michelle J.

**Sent:** Thursday, October 22, 2009 12:15 PM

**To:** Roth, Melissa R.

**Cc:** Cramer, Vanessa

**Subject:** FW: Loomis

**From:** Dickinson, Michelle J.
**Sent:** Thursday, October 22, 2009 12:13 PM
**To:** 'Isabel M Humphrey'; 'Randy Yavitz'; 'Candess Hunter'
**Subject:** Loomis

Counsel:
As a follow-up to our letter dated October 21, 2009, please confirm your availability for a meet and confer telephone conference today at 1:00 EST.  We will call you.
Michelle