# EXHIBIT T



DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
www.dlapiper.com

Michelle J. Dickinson
michelle.dickinson@dlapiper.com
T 410.580.4137
F 410.580.3137

October 22, 2009
VIA ELECTRONIC MAIL

Isabel M. Humphrey
Randy Yavitz
Candess J. Hunter
Hunter, Humphrey & Yavitz, PLC
2633 E. Indian School Road, #440
Phoenix, Arizona 85016

Re: *Intersections Inc. and Net Enforcers, Inc. v. Loomis and Loomis*, Case No. 1:09CV597

Dear Isabel:

This confirms that during our meet and confer telephone conference this afternoon, you advised that you had not produced any documents for Jenni Loomis. As you are aware, Jenni's discovery responses were due on September 8, 2009. We mutually agreed to extend the time for producing documents, but despite our repeated requests for documents, you did not produce any documents for Joe Loomis until this week and have not produced a single document for Jenni Loomis.

We tried to discuss the other outstanding discovery issues raised in our October 21, 2009 letter regarding the deficiencies in Joe Loomis' document production, but you hung up on us. We will make ourselves available this afternoon for another call to address those issues. If you do not call or we are not able to resolve these issues today, we will have no choice but to seek the assistance of the Court.

Very truly yours,

*Michelle J. Dickinson*

Michelle J. Dickinson

MJD/vc

cc: David Ludwig
    Melissa R. Roth

EAST\42592905.1