# EXHIBIT V

## Dickinson, Michelle J.

| | |
|---|---|
| From: | Dickinson, Michelle J. |
| Sent: | Thursday, October 22, 2009 6:02 PM |
| To: | Isabel M Humphrey |
| Cc: | Randy Yavitz; Candess Hunter; Roth, Melissa R. |
| Subject: | RE: Loomis |

To confirm, Joe is sending you by overnight mail today a new load file with all of the metadata required by the Court Order. I request that you confirm that you will send the new load file to us by overnight mail for Saturday delivery. As I understand, Jenni Loomis' documents will not be among the load file materials.

You have mischaracterized my position regarding document production. As I indicated on the phone before you hung up on me, it is not appropriate for you to allow your client, Joe Loomis, to run the entire document production without any assistance from you, his counsel. I did not suggest that clients should not be involved; I suggested that you should be and that your failure to be involved has caused the problems we are dealing with today.

---

**From:** Isabel M Humphrey [mailto:isabel@hhylaw.com]
**Sent:** Thursday, October 22, 2009 3:51 PM
**To:** Dickinson, Michelle J.
**Cc:** Randy Yavitz; Candess Hunter; Roth, Melissa R.
**Subject:** RE: Loomis

Michelle, Joe has sent to us by overnight mail the revised load file, etc. that you requested. This is a rolling production, as you know, and your documents certainly have not arrived on the dates they were due either.

Your position that clients should not assist with document production is not novel to us. We have heard that argued before judges in Arizona. Typically, the lawyers who make that argument are sanctioned for not involving their clients in document production.

Isabel M. Humphrey, Esq.
HUNTER, HUMPHREY & YAVITZ, PLC
2633 E Indian School Rd, #440
Phoenix, Arizona 85016

Telephone: 602-275-7733 x103
Direct Fax: 480-452-1374
isabel@hhylaw.com
www.hhylaw.com

NOTICE: This e-mail may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender and delete and destroy all copies. Thank you.

--- Original Message---
To: "Isabel M Humphrey"
Cc: "Randy Yavitz" , "Candess Hunter" , "Roth, Melissa R."
From: "Dickinson, Michelle J."
Sent: 10/22/2009 11:04AM
Subject: Loomis

10/23/2009

```
>> Counsel:
>> Please see attached correspondence.
>> Michelle
>>

Please consider the environment
>> before printing this email.
>>
>> _____
>>
>> The information contained in this email may be confidential and/or legally privileged. It
>> has been sent for the sole use of the intended recipient(s). If the reader of this
>> message is not an intended recipient, you are hereby notified that any unauthorized
>> review, use, disclosure, dissemination, distribution, or copying of this communication,
>> or any of its contents, is strictly prohibited. If you have received this communication in
>> error, please reply to the sender and destroy all copies of the message. To contact us
>> directly, send to postmaster@dlapiper.com. Thank you.
>>
>>
>>
>> _____
>>


>>
>>
>>
>> _____ Information from ESET NOD32 Antivirus, version of virus signature
>> database 4534 (20091022) _____
>>
>> The message was checked by ESET NOD32 Antivirus.
>>
>> http://www.eset.com
>>
>>
```

10/23/2009