# EXHIBIT F

**Roth, Melissa R.**

| | |
|---|---|
| From: | Dickinson, Michelle J. |
| Sent: | Friday, October 02, 2009 8:47 PM |
| To: | 'isabel@hhylaw.com' |
| Cc: | Roth, Melissa R.; Cramer, Vanessa |
| Subject: | Re: Loomis laptops |

Isabel,
Thank you for your email. As explained in our letter, we will be paying a consultant to facilitate the exchange of the laptop computers as a result of Joe's return of the wrong computer after his termination. In order to avoid unnecessary additional expenses, it makes sense to have the consultant make only one trip to Arizona and image the tower and the other computers in Joe's possession, custody or control during that visit. Please confirm your agreement with this arrangement. Thanks.
Michelle

Michelle J. Dickinson
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-4137 Direct Phone
(410) 580-3137 Direct Fax
michelle.dickinson@dlapiper.com

ATTORNEY WORK PRODUCT


----- Original Message -----
From: Isabel M Humphrey <isabel@hhylaw.com>
To: Dickinson, Michelle J.
Sent: Fri Oct 02 20:03:08 2009
Subject: RE: Loomis laptops

Michelle, I've reviewed your latest communication regarding the laptops. I'm glad we have finally resolved the ownership issue. Please have your computer tech call me to arrange a time to exchange the laptops. I will be in the office most of the day Monday and Tuesday.

I will respond to the other issues raised in your letter, but obviously NEI is required to return Joe's property immediately and unconditionally.

Isabel M. Humphrey, Esq.
HUNTER, HUMPHREY & YAVITZ, PLC
2633 E Indian School Rd, #440
Phoenix, Arizona 85016

Telephone: 602-275-7733 x103
Direct Fax: 480-452-1374
isabel@hhylaw.com
www.hhylaw.com

NOTICE: This e-mail may contain confidential and privileged material for the sole use of the
intended recipient. Any review or distribution by others is strictly prohibited. If you are not the
intended recipient, please contact the sender and delete and destroy all copies. Thank you.

1