# EXHIBIT I

## Roth, Melissa R.

**From:** Isabel M Humphrey [isabel@hhylaw.com]
**Sent:** Monday, October 05, 2009 2:45 PM
**To:** Dickinson, Michelle J.
**Cc:** Roth, Melissa R.; Cramer, Vanessa
**Subject:** RE: Loomis laptops

So send someone upstairs. I will not move the laptop in my possession until they get here, I will let them pick it up so I don't drop it, and I will keep it away from any large magnets. I can't imagine what you think might happen that would require the presence of a computer tech/consultant, but if you really need one, there are probably a couple of dozen available within a 5-minute drive from this building who would be happy to charge you $100 per hour to drive over here and switch the laptops. No need for anyone to fly in from out of state.

If I do not have Joe's laptop by the end of the business day tomorrow, we will move to add a conversion count to the counterclaim and Joe will call the police. I am not conditioning the release of NEI's laptop on the resolution of any of our discovery issues, and there is no excuse for you conditioning the release of Joe's laptop on any of those issues.

Regarding the laptop in NEI's possession, please confirm that when you say you will remove the "data" on that laptop prior to the exchange, you are referring only to NEI data, and you will leave in place all installed software.

Isabel M. Humphrey, Esq.
HUNTER, HUMPHREY & YAVITZ, PLC
2633 E Indian School Rd, #440
Phoenix, Arizona 85016

Telephone: 602-275-7733 x103
Direct Fax: 480-452-1374
isabel@hhylaw.com
www.hhylaw.com

NOTICE: This e-mail may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender and delete and destroy all copies. Thank you.

----- Original Message -----
**From:** "Dickinson, Michelle J."
**To:** "Isabel M Humphrey"
**Sent:** 10/05/2009 11:16AM
**Subject:** RE: Loomis laptops

Thanks for your email response, Isabel. In light of the data destruction issues in this case, our client is taking extra measures to ensure that the exchange of computers does not unnecessarily lead to a data destruction problem.
Michelle

> **From:** Isabel M Humphrey [mailto:isabel@hhylaw.com]
> **Sent:** Monday, October 05, 2009 2:08 PM
> **To:** Dickinson, Michelle J.
> **Cc:** Roth, Melissa R.; Cramer, Vanessa
> **Subject:** Re: Loomis laptops
>
> Michelle, I can't understand why you need an out-of-state "consultant" to "facilitate" the exchange of the laptops. Can't you just send someone up from downstairs?? Or I can send someone downstairs. Either

way. This should take 2 minutes.

Isabel M. Humphrey, Esq.
HUNTER, HUMPHREY & YAVITZ, PLC
2633 E Indian School Rd, #440
Phoenix, Arizona 85016

Telephone: 602-275-7733 x103
Direct Fax: 480-452-1374
isabel@hhylaw.com
www.hhylaw.com

NOTICE: This e-mail may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender and delete and destroy all copies. Thank you.

----- Original Message -----
**From:** "Dickinson, Michelle J."
**To:**
**Sent:** 10/02/2009 5:47PM
**Subject:** Re: Loomis laptops

Isabel,
Thank you for your email. As explained in our letter, we will be paying a consultant to facilitate the exchange of the laptop computers as a result of Joe's return of the wrong computer after his termination. In order to avoid unnecessary additional expenses, it makes sense to have the consultant make only one trip to Arizona and image the tower and the other computers in Joe's possession, custody or control during that visit. Please confirm your agreement with this arrangement. Thanks.
Michelle

Michelle J. Dickinson
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-4137 Direct Phone
(410) 580-3137 Direct Fax
michelle.dickinson@dlapiper.com

ATTORNEY WORK PRODUCT


----- Original Message -----
From: Isabel M Humphrey <isabel@hhylaw.com>
To: Dickinson, Michelle J.
Sent: Fri Oct 02 20:03:08 2009
Subject: RE: Loomis laptops

Michelle, I've reviewed your latest communication regarding the laptops. I'm glad we have finally resolved the ownership issue. Please have your computer tech call me to arrange a time to exchange the laptops. I will be in the office most of the day Monday and Tuesday.

I will respond to the other issues raised in your letter, but obviously NEI is required to return Joe's property immediately and unconditionally.

Isabel M. Humphrey, Esq.
HUNTER, HUMPHREY & YAVITZ, PLC
2633 E Indian School Rd, #440
Phoenix, Arizona 85016

Telephone: 602-275-7733 x103
Direct Fax: 480-452-1374

isabel@hhylaw.com
www.hhylaw.com

NOTICE: This e-mail may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender and delete and destroy all copies. Thank you.

Please consider the environment before printing this email.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

Please consider the environment before printing this email.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

_____ Information from ESET NOD32 Antivirus, version of virus signature database 4482 (20091005) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com