# EXHIBIT O

## Roth, Melissa R.

| | |
|---|---|
| From: | Dickinson, Michelle J. |
| Sent: | Wednesday, October 14, 2009 8:32 PM |
| To: | 'isabel@hhylaw.com' |
| Cc: | Roth, Melissa R.; Cramer, Vanessa |
| Subject: | Re: NEI laptop |

Isabel,
Our computer consultants have determined that there is no NEI data on the laptop that Joe returned to NEI a year ago. Accordingly, we are prepared to make arrangements for the exchange of the laptops and imaging of the tower. Please advise as to when Joe can get the tower out of storage for imaging so that we can set this up.

Michelle J. Dickinson
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-4137 Direct Phone
(410) 580-3137 Direct Fax
michelle.dickinson@dlapiper.com

ATTORNEY WORK PRODUCT


----- Original Message -----
From: Isabel M Humphrey <isabel@hhylaw.com>
To: Dickinson, Michelle J.
Sent: Wed Oct 14 14:49:12 2009
Subject: RE: NEI laptop

Michelle, we are not comfortable continuing to hold onto NEI's laptop.  I repeatedly tried to get instructions from you to return it, and you would not give me the name of someone at NEI authorized to accept it.  You said you would send a computer consultant last week to pick it up, but we have heard nothing.  We just sent a staff member downstairs to NEI's office to return it, and they refused to accept it.  If you don't make other arrangements by the end of today, we will put the laptop in a FedEx box and ship it to you.

In the meantime, Joe has contacted police regarding NEI's continued refusal to return his laptop.

Isabel M. Humphrey, Esq.
HUNTER, HUMPHREY & YAVITZ, PLC
2633 E Indian School Rd, #440
Phoenix, Arizona 85016

Telephone: 602-275-7733 x103
Direct Fax: 480-452-1374
isabel@hhylaw.com
www.hhylaw.com

NOTICE: This e-mail may contain confidential and privileged material for the sole use of the
intended recipient. Any review or distribution by others is strictly prohibited. If you are not the
intended recipient, please contact the sender and delete and destroy all copies. Thank you.

1