# EXHIBIT T

**Roth, Melissa R.**

**From:** Candess Hunter [candess@hhylaw.com]
**Sent:** Thursday, October 15, 2009 4:15 PM
**To:** Dickinson, Michelle J.
**Subject:** RE: NEI laptop

Wrong. Read my lips - The NEI laptop WILL NOT remain in our office for one more day. Your time is up.

Candess J. Hunter, Esq.
HUNTER, HUMPHREY & YAVITZ, PLC
2633 E Indian School Rd, #440
Phoenix, Arizona 85016

602-275-7733 Telephone
480-452-1376 Facsimile
480-250-5637 Mobile
hunter@hhylaw.com
www.hhylaw.com

NOTICE: This e-mail may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender and delete and destroy all copies. Thank you.

----- Original Message -----
From: "Dickinson, Michelle J."
To: "Candess Hunter"
Sent: 10/15/2009 12:44PM
Subject: RE: NEI laptop

I did not see this email before I sent my last email. I assume all issues are taken care of and you will provide us with a date and time for the exchange and imaging of the tower.

> **From:** Candess Hunter [mailto:candess@hhylaw.com]
> **Sent:** Thursday, October 15, 2009 3:19 PM
> **To:** Dickinson, Michelle J.
> **Subject:** NEI laptop
>
> Only 45 minutes to go and, if I don't hear from you, I will make the choice for you. Either it will go to NEI's office here in our building or to the DLA Piper office in AZ (that I can see out my window). Make the choice in the next 45 minutes, or I'll make it for you. No more fooling around.
>
> Candess J. Hunter, Esq.
> HUNTER, HUMPHREY & YAVITZ, PLC
> 2633 E Indian School Rd, #440
> Phoenix, Arizona 85016
>
> 602-275-7733 Telephone
> 480-452-1376 Facsimile
> 480-250-5637 Mobile
> hunter@hhylaw.com
> www.hhylaw.com
>
> NOTICE: This e-mail may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the

intended recipient, please contact the sender and delete and destroy all copies. Thank you.

----- Original Message -----
**From:** CJH
**To:** "Dickinson, Michelle J."
**Sent:** 10/15/2009 10:30AM
**Subject:** RE: FW: Re: NEI laptop

Michelle, Isabel is out of the office today, but I saw this email and must respond. You were informed on September 10 that NEI was in possession of Joe's laptop, that it had no NEI data on it and that Joe wanted it back immediately. The laptop was in this building in AZ, but you and NEI refused to return it, and to make matters worse, NEI removed it from the building and from Arizona (interstate transportation of stolen goods). Now over a month later, you finally send this email, acknowledging that everything Joe told you about the laptop was true. Let me make myself clear, **you are holding stolen property**. The police are being notified. You can make all of the excuses that you want to, but continuing to hold someone else's property after they have demanded its return is theft. Look it up.

Regarding NEI's computer, we have tried to return it to you, but you have not agreed to accept it. We tried to deliver it to NEI right here in the building (as they are moving out) but they refused it, claiming they had to talk to "their lawyer" first. I WILL NOT KEEP THIS COMPUTER IN THIS OFFICE FOR ANOTHER DAY. It's your choice, either NEI accepts it downstairs or I will personally deliver it to the DLA Piper office at 1 pm AZ time today. Your choice. If I don't hear from you in the next two hours, I will make the choice for you.


Candess J. Hunter, Esq.
HUNTER, HUMPHREY & YAVITZ, PLC
2633 E Indian School Rd, #440
Phoenix, Arizona 85016

602-275-7733 Telephone
480-452-1376 Facsimile
480-250-5637 Mobile
hunter@hhylaw.com
www.hhylaw.com

NOTICE: This e-mail may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender and delete and destroy all copies. Thank you.


----- Original Message -----
**From:** "Dickinson, Michelle J."
**To:**
**Sent:** 10/14/2009 5:31PM
**Subject:** Re: NEI laptop

Isabel,
Our computer consultants have determined that there is no NEI data on the laptop that Joe returned to NEI a year ago. Accordingly, we are prepared to make arrangements for the exchange of the laptops and imaging of the tower. Please advise as to when Joe can get the tower out of storage for imaging so that we can set this up.

Michelle J. Dickinson
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-4137 Direct Phone
(410) 580-3137 Direct Fax
michelle.dickinson@dlapiper.com

10/23/2009

ATTORNEY WORK PRODUCT

----- Original Message -----
From: Isabel M Humphrey <isabel@hhylaw.com>
To: Dickinson, Michelle J.
Sent: Wed Oct 14 14:49:12 2009
Subject: RE: NEI laptop

Michelle, we are not comfortable continuing to hold onto NEI's laptop. I repeatedly tried to get instructions from you to return it, and you would not give me the name of someone at NEI authorized to accept it. You said you would send a computer consultant last week to pick it up, but we have heard nothing. We just sent a staff member downstairs to NEI's office to return it, and they refused to accept it. If you don't make other arrangements by the end of today, we will put the laptop in a FedEx box and ship it to you.

In the meantime, Joe has contacted police regarding NEI's continued refusal to return his laptop.

Isabel M. Humphrey, Esq.
HUNTER, HUMPHREY & YAVITZ, PLC
2633 E Indian School Rd, #440
Phoenix, Arizona 85016

Telephone: 602-275-7733 x103
Direct Fax: 480-452-1374
isabel@hhylaw.com
www.hhylaw.com

NOTICE: This e-mail may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender and delete and destroy all copies. Thank you.

Please consider the environment before printing this email.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

Please consider the environment before printing this email.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

_____ Information from ESET NOD32 Antivirus, version of virus signature database 4511 (20091015) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

10/23/2009