# EXHIBIT U

## Roth, Melissa R.

| | |
|---|---|
| **From:** | Candess Hunter [candess@hhylaw.com] |
| **Sent:** | Thursday, October 15, 2009 6:53 PM |
| **To:** | Dickinson, Michelle J. |
| **Subject:** | RE: NEI laptop |
| **Attachments:** | 2009_10_15_14_47_37.pdf |

MIchelle, attached is an Acknowledgement of Receipt signed by your law firm's AZ receptionist Paula Hawley, acknowledging the receipt of NEI's laptop. The police have been notified that your client, with your help, has stolen Joe's laptop and transported the stolen laptop out of state. We demanded its return September 10. It was right here in our building when you learned that it was Joe's laptop and that he wanted it back immediately. After that, you and/or your client spirited it out of the building and transported it accross state lines. You have spent the last 35 days making excuses on why you didn't return it. I don't know about your jurisdiction, but in AZ, if a lawyer aided and abetted a client in a theft (and then encouraged the client to transport the stolen property across state lines) the AZ state bar would frown on that. We are done fooling around with this. It is now a police matter. I won't be surprised if you and your client are arrested when you arrive in AZ. Candess J. Hunter, Esq. HUNTER, HUMPHREY & YAVITZ, PLC 2633 E Indian School Rd, #440 Phoenix, Arizona 85016 602-275-7733 Telephone 480-452-1376 Facsimile 480-250-5637 Mobile hunter@hhylaw.com www.hhylaw.com NOTICE: This e-mail may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender and delete and destroy all copies. Thank you. ----- Original Message ----- From: CJH To: "Dickinson, Michelle J." Sent: 10/15/2009 1:13PM Subject: RE: NEI laptop Wrong. Read my lips - The NEI laptop WILL NOT remain in our office for one more day. Your time is up. Candess J. Hunter, Esq. HUNTER, HUMPHREY & YAVITZ, PLC 2633 E Indian School Rd, #440 Phoenix, Arizona 85016 602-275-7733 Telephone 480-452-1376 Facsimile 480-250-5637 Mobile hunter@hhylaw.com www.hhylaw.com NOTICE: This e-mail may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender and delete and destroy all copies. Thank you. ----- Original Message ----- From: "Dickinson, Michelle J." To: "Candess Hunter" Sent: 10/15/2009 12:44PM Subject: RE: NEI laptop I did not see this email before I sent my last email. I assume all issues are taken care of and you will provide us with a date and time for the exchange and imaging of the tower. From: Candess Hunter [mailto:candess@hhylaw.com] Sent: Thursday, October 15, 2009 3:19 PM To: Dickinson, Michelle J. Subject: NEI laptop Only 45 minutes to go and, if I don't hear from you, I will make the choice for you. Either it will go to NEI's office here in our building or to the DLA Piper office in AZ (that I can see out my window). Make the choice in the next 45 minutes, or I'll make it for you. No more fooling around. Candess J. Hunter, Esq. HUNTER, HUMPHREY & YAVITZ, PLC 2633 E Indian School Rd, #440 Phoenix, Arizona 85016 602-275-7733 Telephone 480-452-1376 Facsimile 480-250-5637 Mobile hunter@hhylaw.com www.hhylaw.com NOTICE: This e-mail may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender and delete and destroy all copies. Thank you. ----- Original Message ----- From: CJH To: "Dickinson, Michelle J." Sent: 10/15/2009 10:30AM Subject: RE: FW: Re: NEI laptop Michelle, Isabel is out of the office today, but I saw this email and must respond. You were informed on September 10 that NEI was in possession of Joe's laptop, that it had no NEI data on it and that Joe wanted it back immediately. The laptop was in this building in AZ, but you and NEI refused to return it, and to make matters worse, NEI removed it from the building and from Arizona (interstate transportation of stolen goods). Now over a month later, you finally send this email, acknowledging that everything Joe told you

10/23/2009

about the laptop was true. Let me make myself clear, you are holding stolen property. The police are being notified...