# EXHIBIT Y

## Roth, Melissa R.

**From:** Dickinson, Michelle J.
**Sent:** Thursday, October 22, 2009 1:47 PM
**To:** Roth, Melissa R.
**Subject:** FW: Update on Sony
**Importance:** High

---

**From:** Chris Cwalina [mailto:ccwalina@intersections.com]
**Sent:** Tuesday, August 04, 2009 3:16 PM
**To:** Dickinson, Michelle J.
**Subject:** Fw: Update on Sony
**Importance:** High

---

**From:** Michael Stanfield
**To:** John Scanlon; Chris Cwalina
**Sent:** Tue Aug 04 15:13:32 2009
**Subject:** FW: Update on Sony

???????????????????

---

**From:** Joseph Loomis [mailto:joe@loomisenterprises.com]
**Sent:** Monday, August 03, 2009 7:21 PM
**To:** stuart.bennett@netenforcers.com
**Cc:** Michael Stanfield
**Subject:** Update on Sony
**Importance:** High

Stuart,

I received a follow up call to my conversation with Sony in where I was requested to help roll out this project and idea that I had a year or so ago. I explained to Sony that I am here to help NEI in any way I can. I left the conversation off that I would circle back to you and the team to put provide the proper direction so that the proper proposal, discussions and possible meetings to make this a positive ROI for Sony (also a serious revenue stream for NEI). From my discussion, NEI should be able to see a 4-9MM top line revenue increase for this program for the first year, and slowly ramp up to possible over 80MM in revenue over the course of 1-2 more years.

Very exciting times but you might recall when I started this and how motivated I was but the timing was not right due to the management restructure at Sony. That time has passed and they are ready. Let's do this..

PS. I left the current dispute out of the discussion in hopes to preserve the opportunity for NEI and also my earn out.

Look forward to your reply,

10/23/2009

Joe

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message, and any attachments to this
message, are intended for the exclusive use of the intended recipients and may conta
confidential and privileged information.  Any unauthorized review, use, disclosure o
distribution of this email message or its attachments is prohibited.  If you are not
the intended recipient, please notify Intersections Inc. at security@intersections.c
and then destroy all copies of this message and any attachments.

10/23/2009

## Roth, Melissa R.

**From:** Dickinson, Michelle J.
**Sent:** Thursday, October 22, 2009 1:46 PM
**To:** Roth, Melissa R.
**Subject:** FW: Lets resolve this and move on with Business **IMPORTANT**
**Importance:** High

---

**From:** Chris Cwalina [mailto:ccwalina@intersections.com]
**Sent:** Friday, August 28, 2009 4:30 PM
**To:** Dickinson, Michelle J.
**Subject:** FW: Lets resolve this and move on with Business **IMPORTANT**
**Importance:** High

---

**From:** Michael Stanfield
**Sent:** Friday, August 28, 2009 4:08 PM
**To:** Chris Cwalina
**Subject:** FW: Lets resolve this and move on with Business **IMPORTANT**
**Importance:** High

---

**From:** Joseph Loomis [mailto:Joe@LoomisStrategies.com]
**Sent:** Friday, August 28, 2009 3:59 PM
**To:** Michael Stanfield
**Subject:** Lets resolve this and move on with Business **IMPORTANT**
**Importance:** High

Michael,

This litigation is not productive to either of us. As you know, it's been nothing but drama, a waste of time and money and hasn't done anything to help either NEI or INTX grow their revenues and business.

Lets end this entire dramatic dispute with both of us walking away and releasing each other fully.

I know in my heart I did the best that I could do to run Net Enforcers, even if it was difficult for me to transition into a corporate environment. As for the acquisition of NEI, I want you to know that I conducted this transaction in complete good faith and clear conscience. I just do not think that it helps NEI or even INTX to end up with everyone testifying about the customers, business relationships, revenues, mistakes and issues that INTX and NEI experienced during and after the acquisition.

I personally feel that nothing productive will ever come out of this dispute and it will do nothing but create collateral damage to personal careers, customer relationships and business reputations. I know that this was not what you wanted, my friend and neither did I.

I would be more than happy to discuss this with you.

Sincerely,

Joe Loomis

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message, and any attachments to this message, are intended for the exclusive use of the intended recipients and may conta confidential and privileged information.  Any unauthorized review, use, disclosure o distribution of this email message or its attachments is prohibited.  If you are not the intended recipient, please notify Intersections Inc. at security@intersections.c and then destroy all copies of this message and any attachments.

## Roth, Melissa R.

**From:** Dickinson, Michelle J.
**Sent:** Thursday, October 22, 2009 1:45 PM
**To:** Roth, Melissa R.
**Subject:** FW: Michael...
**Importance:** High

---

**From:** Chris Cwalina [mailto:ccwalina@intersections.com]
**Sent:** Wednesday, September 02, 2009 12:18 PM
**To:** Dickinson, Michelle J.
**Subject:** FW: Michael...
**Importance:** High

---

**From:** Michael Stanfield
**Sent:** Wednesday, September 02, 2009 12:16 PM
**To:** Chris Cwalina
**Subject:** FW: Michael...
**Importance:** High

---

**From:** Joseph Loomis [mailto:Joe@LoomisStrategies.com]
**Sent:** Wednesday, September 02, 2009 11:11 AM
**To:** Michael Stanfield
**Subject:** Michael...
**Importance:** High

Michael,

Intellectually, I know that it is in everyone's best interest to resolve our dispute. Emotionally, it has been very difficult to get to this place of proposing the walk-away that I did last Friday. The reason will surprise you to why it's been so difficult for me. Without your knowledge (I trust), this lawsuit revealed my home address to the world. You know very well that because of my work at Net Enforcers, I was tapped by the FBI and DEA to be a registered federal informant for my cooperation with through Net Enforcers. My work and through NEI's team, helped law enforcement put members of the Mafia and the Russian Mob behind bars, including uncovering a money laundering scheme via PayPal that shut down expensive yet profitable illegal operations.

In a sense, I risked my life to give us credibility and also because I knew that I could help law enforcement make a difference in today's cybercrime battlefield. If you recall, through these relationships, I even brought John Hambrick from the FBI's Internet Complaint Center to Intersections so that we could all possibly work together more closely, either with ITACT or through a formal partnership.

Still to this day I still want to know who decided it was "ok" to endanger my life by putting my home address on the court filing. When the lawsuit was flooded on the Internet, I had to relocate as per the advice of law

10/23/2009

enforcement and am in fear for my life. I'm not sure if you can understand what that must feel like but it's not good knowing that very sophisticated organizations are not happy with how "good" NEI was with stopping illegal drug manufacturing and online cybercrime. I hope you will tell me that this was inadvertent, because I am still quite emotional about it.

I have yet to hear back from your counsel in regards to my proposition for a "walk away". I always thought that you and I had a pretty good understanding of each other, even if I was young and inexperienced in a corporate environment and for what it's worth, I am sorry that things did not work out, I really wanted to make you proud of what I could do to help your company grow.

Sincerely,

Joe Loomis

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message, and any attachments to this message, are intended for the exclusive use of the intended recipients and may conta confidential and privileged information.  Any unauthorized review, use, disclosure o distribution of this email message or its attachments is prohibited.  If you are not the intended recipient, please notify Intersections Inc. at security@intersections.c and then destroy all copies of this message and any attachments.

**Roth, Melissa R.**

| | |
|---|---|
| **From:** | Dickinson, Michelle J. |
| **Sent:** | Thursday, October 22, 2009 1:43 PM |
| **To:** | Roth, Melissa R. |
| **Subject:** | FW: Circus Act |
| **Importance:** | High |

**From:** Chris Cwalina [mailto:ccwalina@intersections.com]
**Sent:** Thursday, October 22, 2009 1:04 PM
**To:** Dickinson, Michelle J.
**Subject:** FW: Circus Act
**Importance:** High

**From:** Michael Stanfield
**Sent:** Thursday, October 22, 2009 1:02 PM
**To:** Neal Dittersdorf; Chris Cwalina
**Subject:** FW: Circus Act
**Importance:** High

fyi

**From:** Joseph Loomis [mailto:joe@loomisstrategies.com]
**Sent:** Thursday, October 22, 2009 12:30 PM
**To:** Michael Stanfield
**Subject:** Circus Act
**Importance:** High

Michael,

I reviewed a lot of the discovery. Interesting discussions and information between the parties. I too have some details that seem to of fallen through the cracks with Cwalina's and Scanlon's "investigation", including information that is going to be a little difficult to explain at depositions. Either way, I am writing to you because thought you were someone I could look up, admire and someone that was my friend. I even planned to run INTX in less than 3 years because I believed in the company and what your mission was and it seemed like you were ready to enjoy the finer things in life vs. the daily grind.

If you recall, I told you I was not happy with Scanlon over me and you told me you would "re-visit it", but did I expect you to demote your COO ? No, it was clear that the deadly recipe that was put together was running down the tracks full speed and there wasn't much I could do. I did try to setup a meeting but from the looks of discovery, it wouldn't have done much anyway., I still always like to reference back to when I told you that my counsel told me Scanlon would hang me out to dry and screw me because we caught him in lies and dropping the ball during the acquisition, all details to come out in court room soon enough. I also wonder why you trust a guy that you told me was "quarky" and someone you thought wasn't the right guy for the job when you hired him. It's funny cause Chip called me "Digital" and John "analog", I wonder what happened if Scanlon wasn't

10/23/2009

above me, I bet I would still be at INTX, and we'd be doing good business together.

I have thought that maybe you wanted to just buy NEI for the upfront and then terminate me later, getting yourself a deal, I guess I will never know your true intentions. I was foolish to think that there was such thing as honor and loyalty in business, but this doesn't seem to be the case. I figured this after you denied my help to obtain more Sony business and if you think Stuart has the capabilities to close that deal, or Scanlon calling Sony asking if he can come out and visit, I can tell you, he doesn't possess the confidence or technological background to make such a large company comfortable and once Sony get's deposed, I would be surprised if they continue to do business with NEI anyway. I just don't understand how you can justify the collateral damage that this little exercise is going to cause your companies. Maybe one day you can tell me after you figure out for yourself the real truth. I offered a sit down and you refused, something that still baffles me.

Oh I got some juicy info for ya, did you know that Chip had an affair with the secretary of INTX a while back? isn't he married with kids?  Had some nice "talks" with Chip while I was in Gainesville, lucky for me it happened in front of other people, time for some more depositions and subpoenas. I'm sure HR will have a field day once this breaks out with the details and facts. I wonder if the lady friend of Chip will lie for him after we call her as a witness?

In summary, I wrote this email because I wanted to tell you that this whole dispute is so stupid and you might feel justified in your actions to date, I think that you've been unwisely advised by fools. In my opinion, you are listening to attorneys and people that don't know their left hand from their right.

To date, your "brilliant" representation has only demonstrated how to be a criminal, earned themselves a bar complaint and investigation and soon is only going to land either NEI, INTX or themselves in Jail (whoever shipped my laptop across state lines and was withholding it against my consent), I am pressing charges against those involved because it was wrong and illegal. This is no threat either, its merely explaining to you the continued collateral manage that your counsel and "team" are creating. Once the newspapers get a hold of this, what do you think the shareholders are going to say about this? This is what I have been trying to explain to you all along, creating more damage than good yet you spend a ridiculous amount of money on lawyers for a company dispute that is 0.08% of the revenue of INTX. INTX hasn't been in the newspapers very much but it seems that the "team" is going to make it pretty popular. I also think it's ridiculous and completely uncaring for my safety that I was forced to relocated from AZ and that my life was endangered. Imagine if you had to move because I sued you and had witnesses threaten you, witnesses get charged with criminal activity, lawyers harass you and then earn themselves jail time? Imagine how you would feel or think of me?

I presume you got my settlement letter from my counsel, If you would like to accept my current outstanding offer or would like to discuss it, I am more than willing or we can let the circus act managed by lawyers continue. I am very confident I am going to win against your lawyers and you for one know how focused and intense I am. I have considered taking the LSAT and going to law school after dedicating my days to destroying this lawsuit in court and seeking the damages and fees that I have incurred to date. You know I am not one to bluff but I can promise you that my lawyers are more "friends" than those looking to bill a big company for money to earn themselves a living. I just hate fighting but if it's a war that you want, it's a war that our armies are preparing for.

You can forward this to your counsel if you like although it seems that they have created more drama for INTX than I think you expected. I might seem overly nice, or even naive of your intentions but I still like to think that people are good. If they are not, then karma and their intentions will ultimately lead to their own destruction.

I look forward to seeing Scanlon at deposition next week, you are more than welcome to come, be a good time to discuss things maybe.

10/23/2009

Regards,

Joe

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message, and any attachments to this message, are intended for the exclusive use of the intended recipients and may conta confidential and privileged information.  Any unauthorized review, use, disclosure o distribution of this email message or its attachments is prohibited.  If you are not the intended recipient, please notify Intersections Inc. at security@intersections.c and then destroy all copies of this message and any attachments.

10/23/2009