# EXHIBIT Z

## Roth, Melissa R.

**From:** Randy Yavitz [yavitz@hhylaw.com]
**Sent:** Friday, September 11, 2009 4:44 PM
**To:** Dickinson, Michelle J.
**Subject:** RE: your letter dated ?

I asked you for details of the intimidation and you just repeated the charge with the same generality. So why should I take you seriously?

As far as treating you with respect, Michelle, I am paying you respect by calling to your attention the difference between a sincere interaction and a court set-up piece. From your response, I can tell that you are sentient to that distinction.

Randy Yavitz
HUNTER, HUMPHREY & YAVITZ, PLC
2633 E Indian School Rd, #440
Phoenix, Arizona 85016

602-275-7733 Telephone
480-452-1377 Facsimile
randy@hhylaw.com
www.hhylaw.com

NOTICE: This e-mail may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender and delete and destroy all copies. Thank you.

----- Original Message -----
From: "Dickinson, Michelle J."
To: "Randy Yavitz"
Sent: 9/11/2009 1:07PM
Subject: RE: your letter dated ?

Randy,
The letter to which I believe you are referring dealt with, among other things, your clients' intimidation of witnesses. I cannot image how you would consider such a serious topic to be a waste of your time, much less mine. We take this matter very seriously and will not hesitate to escalate it to the court, if it continues. And yes, my letter was written with the expectation that the court may at some point need to see its contents. Regardless of the topic, however, I always treat opposing counsel with respect, whether deserved or not. I would expect the same from you in the future.

Michelle

**From:** Randy Yavitz [mailto:yavitz@hhylaw.com]
**Sent:** Friday, September 11, 2009 3:45 PM
**To:** Dickinson, Michelle J.
**Subject:** RE: your letter dated ?

Michelle, I received a letter from you responding to mine. I forget the date because I placed it so quickly in the round file. In the future, please don't waste your time or mine writing to me with another audience in mind.

10/23/2009

Randy Yavitz
HUNTER, HUMPHREY & YAVITZ, PLC
2633 E Indian School Rd, #440
Phoenix, Arizona 85016

602-275-7733 Telephone
480-452-1377 Facsimile
randy@hhylaw.com
www.hhylaw.com

NOTICE: This e-mail may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender and delete and destroy all copies. Thank you.

Please consider the environment before printing this email.

---

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

---

_____ Information from ESET NOD32 Antivirus, version of virus signature database 4417 (20090911) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com