```
                UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
                      Alexandria Division
```

INTERSECTIONS INC., et al.,   )
                              )
        Plaintiffs,            )
                              )
    v.                        )   Civil Action No. 1:09cv597
                              )
JOSEPH C. LOOMIS, et al.,     )
                              )
        Defendants.           )

ORDER

FOR REASONS stated from the bench and in accord with specific rulings and instructions thereto, it is

ORDERED that plaintiff Intersections' Motion to Compel Discovery (#37) is GRANTED. All documents shall be delivered to plaintiffs' counsel's Washington, DC office by 5:00 pm on Friday, November 6, 2009 in the format agreed to in the Discovery Order, including the proper load file. Counsel for plaintiffs is directed to inform counsel for defendants as soon as possible what documents are deemed outstanding.

ORDERED that plaintiffs Intersections and Net Enforcers' Motion for Protective Order and Sanctions (#40) is GRANTED.

All written and oral communication by defendants' counsel shall be made through local counsel. Local counsel must sign all written communication and engage in all oral conversations with plaintiffs' counsel. Local counsel will be held responsible for defendants' conduct henceforth. If local counsel seeks to

withdraw, local counsel shall ensure that other local counsel is substituted at the same time and that they are aware of this Order.

Defendants and defendants' counsel shall not contact plaintiffs, plaintiffs' employees, or plaintiffs' witnesses.

All depositions will be held either at plaintiffs' counsel's offices in Virginia or by video conference. Whether depositions are held in Virginia or conducted by video conference shall be at the sole discretion of plaintiffs' counsel. For all depositions held in Virginia, defendants shall pay for transportation, lodging, and other related expenses of the witnesses and attorneys. The depositions scheduled to be held in Arizona shall remain scheduled for the days currently noticed, regardless of whether plaintiffs' counsel elects to conduct the depositions in Virginia or by video conference.

Any violations of this order or any future misconduct will result in substantive sanctions as to defendants, as well as monetary sanctions against defendants and their counsel, including local counsel, jointly and severally, and revocation of pro hoc vice status of Arizona counsel.

Plaintiffs' counsel is directed to file a statement of attorneys' fees and costs with regard to these motions, as well as the costs of its criminal counsel with regard to the threatened criminal action in Arizona as soon as possible.

ENTERED this 30th day of October, 2009.

                                               /s/
                                    THERESA CARROLL BUCHANAN
                                    UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia