## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| Intersections Inc. and Net Enforcers, Inc., | |
| Plaintiffs, | Civil Action No.  1:09CV597 (LMB/TCB) |
| v. | |
| Joseph C. Loomis and Jenni M. Loomis, | |
| Defendants. | |

## INTERSECTIONS INC.'S MOTION FOR SANCTIONS

Plaintiff Intersections Inc. ("Intersections"), by counsel, for the reasons stated in the accompanying Memorandum, respectfully moves this Court for entry of an Order (1) dismissing the Counterclaims filed by Defendant Joseph C. Loomis ("Loomis") against Intersections and Net Enforcers, Inc. ("NEI") (collectively, "Plaintiffs"), (2) an adverse inference at trial that the documents Loomis and his sister, Defendant Jenni Loomis, have failed to properly produce would have proved the claims filed against them by Plaintiffs in the Complaint, (3) the striking of Defendants' affirmative defenses, (4) any other sanctions the Court deems appropriate, and (5) award Intersections its attorneys' fees and costs incurred in bringing this Motion.

Dated: November 24, 2009                    Respectfully submitted,


By:  ____/s/_____
     Tara Lee (Virginia Bar No. 71594)
     Ryan C. Berry (Virginia Bar No. 67956)
     Attorneys for Plaintiffs
     DLA PIPER LLP (US)
     1775 Wiehle Avenue, Suite 400
     Reston, Virginia 20190
     Telephone:  703.773.4000
     Facsimile:  703.773.5000
     Tara.Lee@dlapiper.com
     Ryan.Berry@dlapiper.com

David Clarke (admitted *pro hac vice*)
Michelle J. Dickinson (admitted *pro hac vice*)
Melissa R. Roth (admitted *pro hac vice*)
Attorneys for Plaintiffs
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, Maryland 21209
Telephone:  410.580.3000
Facsimile:    410.580.3001
David.Clarke@dlapiper.com
Michelle.Dickinson@dlapiper.com
Melissa.Roth@dlapiper.com

*Attorneys for Plaintiffs*
*Intersections Inc. and Net Enforcers, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of November, 2009, I will electronically file the

foregoing Plaintiff's Motion for Sanctions with the Clerk of the Court using the CM/ECF

system, which will then send a notification of such filing (NEF) to the following:

Thomas M. Dunlap, Esquire
Email:  tdunlap@dglegal.com
David Ludwig, Esquire
Email:  dludwig@dglegal.com
Dunlap, Grubb & Weaver P.C.
199 Liberty Street, S.W.
Leesburg, Virginia 20175

*Counsel for Defendants Joseph C. Loomis and Jenni M. Loomis*

_____/s/_____
Tara Lee
Virginia bar number 71594
Attorney for Plaintiffs
DLA PIPER LLP (US)
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190-5159
Phone: (703) 773-4150
Facsimile: (703) 773-5000
tara.lee@dlapiper.com