**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | | |
|---|---|---|
| **INTERSECTIONS, INC., et al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:09-CV597 (LMB/TCB)** |
| | ) | |
| **JOSEPH C. LOOMIS, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANTS' TRIAL EXHIBIT LIST**

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and pursuant to the Court's July 7, 2009 Order, Defendants Joseph C. Loomis and Jenni M. Loomis submit the following list of exhibits that may be offered in evidence at trial. This exhibit list is exclusive of exhibits that may be offered for rebuttal and/or impeachment purposes. Defendants further reserve the right to use any exhibits identified on the Plaintiffs' trial exhibit list, which are not objected to by Defendants, and any exhibits offered by Plaintiffs and received in evidence at trial. Finally, Defendants reserve the right to use enlargements of any exhibits offered or admitted into evidence, as permitted by the Court.

| TRIAL EX. NO. | DATE | DOCUMENT DESCRIPTION | BATES NUMBERS | MAY OFFER | EXPECT TO OFFER |
|---|---|---|---|---|---|
| 1 | 10/22/09 | Amended Notice of 30(b)(6) Deposition to Intersections, Inc. | | X | |
| 2 | 5/27/09 | Complaint | | X | |
| 3 | 12/15/08 | Initial Response to John Scanlon from Joseph Loomis | | | X |
| 4 | 10/16/07 | E-mail to John Scanlon from Joseph Loomis regarding Novartis budget | JL0277489 | | X |
| 5 | 3/9/09 | NEI Investigation Memo from Madalyn Behneman | INTX053104-INTX053113 | | X |
| 6 | | Schedule 2.18(a) | | X | |

| 7 | | Schedule 2.18(a) | | X | |
|---|---|---|---|---|---|
| 8 | 10/5/07 | E-mail to Neil Seidman from Neal Dittersdorf regarding "NEI Due Diligence Supplemental Requests" for finalization of the Purchase Agreement | INTX093840- INTX093843 | X | |
| 9 | 9/14/09 | Plaintiff Intersections, Inc.'s Responses to Defendant Joseph C. Loomis' First Set of Interrogatories | | X | |
| 10 | | Schedule 5.1 | | X | |
| 11 | 11/13/07 | E-mail to Jason Wood from John Scanlon regarding "NEI Customer Interview List" for clients removed and then added back to list | INTX093228, INTX093231 | | X |
| 12 | 8/4/08 | E-mail chain to Michael Stanfield from John Scanlon regarding "Moving Forward – Confidential" no issue with tech review | INTX058839- INTX058841 | | X |
| 13 | 8/24/09 | Objections to Intersections, Inc.'s First Request for Production of Documents to Jenni M. Loomis | | X | |
| 14 | 7/31/09 | Answer and Grounds of Defense for Defendant Jenni M. Loomis | | X | |
| 15 | 4/28/08 | Net Enforcers, Inc. Audit Trail | | X | |
| 16 | 9/3/07 | Net Enorcers, Inc. Voided/Deleted Transactions Detail | | X | |
| 17 | 9/15/07 | Net Enorcers, Inc. Voided/Deleted Transactions Detail | | X | |
| 18 | 10/8/07 | Net Enorcers, Inc. Voided/Deleted Transactions Detail | | X | |
| 19 | 10/7/07 | Net Enorcers, Inc. Voided/Deleted Transactions Detail | | X | |
| 20 | 9/30/07 | Net Enorcers, Inc. Voided/Deleted Transactions Detail | | X | |
| 21 | 2/12/08 | Net Enorcers, Inc. Voided/Deleted Transactions Detail | | X | |
| 22 | 10/2/07 | E-mail to Joseph Loomis from Jenni Loomis regarding "Billpay" for Novartis | INTX097877 | X | |
| 23 | 11/12/07 | E-mail to Jenni Loomis from Joseph Loomis regarding "Novartis" billing for November, 2007 | JL0264925 | | X |
| 24 | 11/5/07 | E-mail to Joseph Loomis from Jenni Loomis regarding "billing" for Chief through credit | INTX084522 | X | |
| 25 | 10/30/09 | Letter to Michelle Dickinson from Hunter, Humphrey & Yavitz regarding | | X | |

| | | NEI documents prior to stock purchase (Bank of America documents) | | | |
|---|---|---|---|---|---|
| 26 | 4/3/07 | E-mail to Jenni Loomis from Joseph Loomis regarding "Sony Invoices" procedure for entering into system | INTX152209-INTX152212 | X | |
| 27 | 5/3/07 | E-mail to Danielle DiDio from Jenni Loomis regarding "Billing" Per Diem budgets for Sony's divisions | | X | |
| 28 | 6/20/07 | E-mail to Danielle DiDio from Jenni Loomis regarding "Sony" divisions Per Diems | | | X |
| 29 | 1/9/08 | E-mail to Danielle DiDio from Joseph Loomis regarding "Sony Per Diem for December" | INTX094406-INTX094407 | X | |
| 30 | 6/24/08 | E-mail chain to Danielle DiDio from Jenni Loomis regarding "New LMS Billing Process" | INTX098605-INTX098610 | X | |
| 31 | 7/2/08 | E-mail to Danielle DiDio from Jenni Loomis regarding "New LMS Billing Process" credit memos | | X | |
| 32 | 7/31/07 | Net Enforcers, Inc. Invoice to Sony Electronics (Invoice No. 201605) (Balance Due=$0) | | X | |
| 33 | 1/31/08 | Net Enforcers, Inc. Invoice to Sony Electronics (Invoice No. 203378) (Balance Due=$19,350.93) | | X | |
| 34 | 10/9/07 | E-mail to Larry Heimer from Jenni Loomis regarding "Questions on our Books" and journal entries of cars financed by Capital One | JL0223390-JL0223392 | X | |
| 35 | 10/24/07 | E-mail to Joseph Loomis from Jenni Loomis regarding "Final QB Workings" | INTX096643-INTX096646 | X | |
| 36 | 2/14/08 | E-mail to Joetta Kilby from Jenni Loomis regarding "Tax entries need to come out of the books ASAP" | | X | |
| 37 | 2/7/08 | E-mail to Joseph Loomis from Jenni Loomis regarding "Additional Questions for the Tax Return" | JL0222758-JL0222759 | X | |
| 38 | 10/24/08 | Petition for Injunction Against Harassment – Plaintiff: Joseph Loomis; Defendant: Keith Jenkins | | X | |
| 39 | 1/16/08 | Injunction Against Harassment – Plaintiff: Sheilah Snyder; Defendant: Joseph Loomis | | X | |

| 40 | 1/16/09 | Petition for Injunction Against Harassment – Plaintiff: Sheilah Snyder; Defendant: Joseph Loomis | | X | |
| 41 | 1/21/09 | Petition for Workplace Injuction – Plaintiff: American Medical Services, LLC; Defendant – Sheilah Snyder | | X | |
| 42 | 2006-2011 | Net Enforcers, Inc.'s Discounted Cash Flow Analysis/Valuation | | X | |
| 43 | 11/9/07 | Stock Purchase Agreement | INTX046608-INTX046672 | X | |
| 44 | 7/2/09 | Answer, Grounds of Defense and Counterclaim of Defendant Joseph C. Loomis | | X | |
| 45 | 11/30/07 | Net Enforcers, Inc. Estimated Closing Balance Sheet | INTX046221-INTX046220 | X | |
| 46 | 2/28/08 | Letter to Joseph Loomis from John Scanlon regarding draft Closing Balance Sheet for Stock Purchase Agreement dated November 9, 2007 | | X | |
| 47 | | Schedule 2.7 | INTX046380-INTX046404 | X | |
| 48 | | Schedule 2.23 | INTX046552-INTX046555 | X | |
| 49 | | Schedule 2.18(a) | INTX046532-INTX046541 | X | |
| 50 | 9/6/07 | Letter to Joseph Loomis from Kris Murray (CSAV, Inc.) regarding official notice of termination of Internet Enforcement Agreement | INTX093740 | X | |
| 51 | 9/29/09 | E-mail to James O'Neill from Melissa Roth regarding "Invoice from Net Enforcers, Inc." | INTX094454-INTX094455 | X | |
| 52 | 9/14/07 | E-mail to Joseph Loomis from Kevin Jones regarding "Update from Sanus – Info Needed" | INTX093730 | X | |
| 53 | 10/26/07 | E-mail to Rebecca Krause and Kevin Jones from Joseph Loomis regarding "Net Enforcers Call Follow Up" lowering Chief/Sanus payments to $1,000 | JL0285201-JL0285203 | | X |
| 54 | 9/12/07 | E-mail to Phillip Murawski from Joseph Loomis regarding "Net Enforcers Update" with providing services to NEC Display Solutions of America, Inc. | | X | |
| 55 | 11/1/07 | E-mail to Cathy Hussar (NEC Display) from Amanda Johnson regarding | JL0165502-JL0165521 | X | |

|    |          | "Pending MAP notices"                                                                                                                                                                                              |                             |   |   |
|----|----------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------------------|---|---|
| 56 | 10/13/08 | E-mail to Stuart Bennett from Joseph Loomis regarding "Emailing: Samsung"                                                                                                                                          | INTX000245-INTX000251       | X |   |
| 57 | 10/30/07 | E-mail to Stuart Bennett from Amanda Johnson regarding suspension of any enforcement activities on Magellan products                                                                                               | INTX093742                  | X |   |
| 58 |          | Schedule 2.17(h)                                                                                                                                                                                                   | INTX046516-INTX046517       | X |   |
| 59 | 10/24/07 | E-mail to Jason Wood and Danielle DiDio from Joseph Loomis regarding "Schedule for P/S & Timeline"                                                                                                                 | INTX093678                  | X |   |
| 60 | 10/26/07 | E-mail to Danielle DiDio from Rebecca Krause regarding "Top 20 – Updated" Top 20 Customers by Revenue and Top Contact List for Intersections                                                                       |                             | X |   |
| 61 | 9/24/07  | E-mail to Ross Volk from Joseph Loomis regarding "Follow up" on shutting down services                                                                                                                             | INTX094283                  | X |   |
| 62 | 10/5/07  | E-mail to Neal Dittersdorf from Joseph Loomis regarding "NEI Due Diligence Supplemental Requests"                                                                                                                  | INTX090877-INTX090882       | X |   |
| 63 | 10/16/07 | E-mail to Danielle DiDio from Joseph Loomis regarding "Follow up" 6- day termination clause for Novartis                                                                                                            | INTX094432                  | X |   |
| 64 | 11/30/07 | Closing Certificate of Joseph C. Loomis and Net Enforcers, Inc.                                                                                                                                                    | INTX046192-INTX046193       | X |   |
| 65 | 11/30/07 | Employment Agreement                                                                                                                                                                                               | INTX046204-INTX046219       | X |   |
| 66 | 11/19/08 | Letter to Joseph Loomis from John Scanlon regarding NEI termination of Joseph Loomis's employment and Employment Agreement for "Cause"; Letter to Joseph Loomis from John Scanlon as notice pursuant to Section 8.1 of Stock Purchase Agreement |                             |   | X |
| 67 | 9/8/09   | Defendant Joseph C. Loomis's Responses to Plaintiff Intersections, Inc.'s First Set of Interrogatories                                                                                                             |                             |   |   |
| 68 | 10/20/08 | Letter to Joseph Loomis regarding "Cause" for immediate termination (i.e. conduct which constitutes breach of fiduciary duties)                                                                                    |                             | X |   |
| 69 | 11/6/09  | Defendant Joseph C. Loomis's Responses to Plaintiff Net Enforcers,                                                                                                                                                 |                             | X |   |

| | | Inc.'s First Set of Interrogatories | | | |
|---|---|---|---|---|---|
| 70 | 11/1/05 | Sony Electronics, Inc. Confidential Contract Summary and Authorization; Services Agreement | | X | |
| 71 | 3/5/07 | Amendment to Services Agreement | | X | |
| 72 | 4/18/07 | Amendment Two to Services Agreement | | X | |
| 73 | 11/27/07 | Amendment Three to Services Agreement | INTX046178-INTX046179 | X | |
| 74 | 11/28/07 | Letter to Joseph Loomis from Lance Venable regarding Fee Agreement | INTX046156-INTX046159 | X | |
| 75 | 11/8/07 | Letter Support System Services Agreement | INTX046585-INTX046592 | | X |
| 76 | 11/28/07 | E-mail to Neal Dittersdorf from Larry W. McFarland regarding "Retainer Agreement with Sony Electronics" | INTX046350-INTX046351 | X | |
| 77 | 11/19/07 | Amendment to Internet Enforcement Agreement | INTX046181-INTX046183 | X | |
| 78 | 11/16/07 | Letter to Bruce Longbottom (Lily Corporate Center) from Larry McFarland regarding Retainer Agreement/Eli Lilly and Company | INTX046340-INTX046343 | X | |
| 79 | 11/12/07 | E-mail to Jenni Loomis from Joseph Loomis regarding "Copy of Net Enforcers YTD-Final for INTX 11-8-07" Excel Sheet | JL0265341-JL0265342 | X | |
| 80 | 8/15/07 | Net Enforcers, Inc. Balance Sheet Summary Comparision | | X | |
| 81 | 2/12/08; 8/15/07 | Net Enforcers, Inc. Voided/Deleted Transactions Details; Net Enforcers, Inc. Balance Sheet Summary Comparision | | X | |
| 82 | 9/3/09 | E-mail to Joseph Loomis from Larry Heimer regarding "Tax entries need to come out of the books ASAP" | JL0229979- JL0229984 | X | |
| 83 | 1/31/07 | E-mail to Jenni Loomis from Barbara Davis regarding Billing Excel for January 2007 | INTX198288-INTX198321 | X | |
| 84 | 2/28/07 | E-mail to Jenni Loomis from Barbara Davis regarding February Billing Excel 2007 | INTX199019-INTX199030 | X | |
| 85 | 3/30/07 | E-mail to Joseph Loomis from Barbara Davis regarding "Billing March 2007" | INTX198322-INTX198334 | X | |
| 86 | 5/1/07 | E-mail to Joseph Loomis from Barbara Davis regarding "April Billing" | INTX198240-INTX198252 | X | |
| 87 | 6/1/07 | E-mail to Joseph Loomis from Barbara | INTX199243- | X | |

| | | Davis regarding "May 2007 Billing" | INTX199261 | | |
|---|---|---|---|---|---|
| 88 | 7/5/07 | E-mail to Joseph Loomis from Barbara Davis regarding "June Billing Excel" | INTX199171-INTX199192 | X | |
| 89 | 8/1/07 | E-mail to Joseph Loomis from Barbara Davis regarding "July 2007 Billing" | INTX199150-INTX199170 | X | |
| 90 | 9/4/07 | E-mail to Jenni Loomis from Barbara Davis regarding "Invoice" August 2007 Billing | INTX198253-INTX198269 | X | |
| 91 | 9/4/07 | E-mail to Jenni Loomis from Barbara Davis regarding "Invoice" August 2007 Billing – Corrections for Soundstream | INTX198270-INTX198287 | X | |
| 92 | 10/3/07 | E-mail to Joseph Loomis from Barbara Davis regarding "September 2007 Billing" | INTX199396-INTX199436 | X | |
| 93 | 10/29/07 | E-mail to Joseph Loomis from Barbara Davis regarding "October Billing Excel" | INTX199329-INTX199341 | X | |
| 94 | 11/30/07 | E-mail to Joseph Loomis from Barbara Davis regarding November 07 Billing Excel" | INTX199307-INTX199328 | X | |
| 95 | 10/1/06 | Log of pharmaceutical websites that letters were sent to | | X | |
| 96 | 6/1/07 | Log of pharmaceutical websites that letters were sent to | | X | |
| 97 | 1/1/06 | Log of pharmaceutical websites that letters were sent to | | X | |
| 98 | 3/1/06 | Log of pharmaceutical websites that letters were sent to | | X | |
| 99 | 3/1/06 | Log of pharmaceutical websites that letters were sent to | | X | |
| 100 | 3/1/06 | Log of pharmaceutical websites that letters were sent to | | X | |
| 101 | 3/1/06 | Log of pharmaceutical websites that letters were sent to | | X | |
| 102 | 3/1/06 | Log of pharmaceutical websites that letters were sent to | | X | |
| 103 | 8/17/07 | E-mail to Brett Bender from Madalyn Behneman regarding Net Enforcers and helping Joetta | INTX052706-INTX046672 | X | |
| 104 | 11/22/09 | Notice of Deposition Madalyn Behneman | | X | |
| 105 | 3/9/09 | Memo from Madalyn Behneman regarding "NEI Investigation" | INTX053104-INTX053113 | | X |
| 106 | 1/1/09 | NEI Revenue Assurance (Draft) | INTX053178-INTX053187 | | X |

| 107 | 3/17/09 | E-mail to Melinda Covert and Chris Cwalina from Madalyn Behneman regarding "NEI memo" | INTX051636-INTX051649 | | X |
| 108 | 3/11/09 | E-mail to Jay Spinella from Madalyn Behneman regarding Net Enforcers Revenue Recognition | INTX052672-INTX052677 | | X |
| 109 | 5/6/09 | Memo to Madalyn Behneman and Jay Spinella regarding "NEI Response to Summary of Potential Issues" | INTX051409-INTX051412 | | |
| 110 | 9/9/08 | E-mail to Michael Stanfield from John Scanlon regarding NEI Debrief | INTX058674-INTX058681 | | X |
| 111 | 4/22/08 | E-mail to John Scanlon from Madalyn Behneman | INTX054039-INTX054040 | | X |
| 112 | 5/30/08 | E-mail to Sheilah Snyder from Joseph Loomis regarding "Jenni Loomis" and Keith's accessing the accounts to edit entries | INTX044194-INTX044199 | X | |
| 113 | 8/17/07 | E-mail to Brett Bender from Madalyn Behneman regarding "Net Enforcers"and someone in accounting to help Joetta | INTX052706-INTX052707 | X | |
| 114 | 1/5/09 | E-mail to Madalyn Behneman from Michelle Tutt regarding NEI Closing Documents per Section 7.3(m) – QB Application | INTX048011-INTX048014 | X | |
| 115 | 8/4/08 | E-mail to Michael Stanfield from John Scanlon regarding "Moving Forward" no issues with the tech review | INTX058839-INTX058841 | | X |
| 116 | 8/22/07 | E-mail to Neal Dittersdorf, Wendy Weinberger, Michelle Tutt, Susan Estes, Chip Tsantes, Pete Enghauser, Madalyn Behneman Brett Bender, Tracy Watd, Eric A. Miller from John Scanlon regarding Net Enforcers Due Diligence Schedule Update | INTX056378-INTX056379 | | X |
| 117 | 9/10/07 | E-mail to Neal Ditterdorf, Tim Rohrbaugh, Madalyn Behneman, Michelle Tutt, Chip Tsantes, Lynn Sheck from John Scanlon regarding "Joe Loomis Visit on Wednesday" questioning Loomis on due diligence | INTX056375-INTX056376 | | X |
| 118 | 9/13/07 | E-mail to John Scanlon, Michael Stanfield, Neal Ditterdorf, Tracy Ward, Brett Bender from Madalyn Behneman | INTX058481-INTX058484 | | X |

| 119 | 2/22/08 | E-mail to John Scanlon, Madalyn Behneman, and Jenni Loomis from Joseph Loomis regarding "Missed Billing" for Johnson Outdoors (Eureka/Minnkota/Humminbird/Cannon) | INTX054379 | | X |
|---|---|---|---|---|---|
| 120 | 9/5/08 | E-mail to Madalyn Behneman from John Scanlon regarding "Net Enforcers Invoices" | INTX054461 | | X |
| 121 | 8/4/08 | E-mail to Neal Dittersdorf from Madalyn Behneman regarding NEI taxes | INTX054135-INTX054136 | | X |
| 122 | 11/19/08 | Letter to Joseph Loomis from John Scanlon regarding terminating Joseph Loomis's employment and Employment Agreement for "Cause" pursuant to Paragraph 6(a)(iii)(b) and (c) | INTX055911-INTX055921 | | X |
| 123 | 1/22/07 | E-mail to David Burns from Joseph Loomis regarding "Fee Discussion" | CK002223-CK002225 | X | |
| 124 | 2006-2011 | Net Enforcers, Inc.'s Discounted Cash Flow Analysis/Valuation | INTX198970 | X | |
| 125 | 2/5/07 | E-mail to David Burns from Joseph Loomis regarding "Brady" | CK001961 | X | |
| 126 | 2/1/07 | WebEyeQ, David Burns from Joseph Loomis regarding "Touching Base" | CK002752-CK002757 | X | |
| 127 | 2/7/07 | E-mail to Joseph Loomis from Michael Gilburd regarding "Valuation" | CK002764-CK002773 | X | |
| 128 | 2/13/07 | E-mail to David Burns from Joseph Loomis regarding "Net Enforcers" and projected values (15M-25M) | CK002557-CK002559 | X | |
| 129 | 2/20/07 | E-mail to David Burns from Joseph Loomis regarding "PE Firms" | CK002614-CK002615 | X | |
| 130 | 3/28/07 | E-mail to John Scanlon from Michael Stanfield regarding "M&A Online Brand Security" | INTX198869-INTX198884 | X | |
| 131 | 4/1/07 | E-mail to Joseph Loomis from Matt Wells regarding "Brady – Net Enforcers April 2007" | CK000125-CK000195 | X | |
| 132 | 4/4/07 | E-mail to David Burns from Matt Wells regarding "Brady Present Financials – Growth Page and Stand Alone" | CK000524-CK000526 | X | |
| 133 | 4/12/07 | E-mail to John Scanlon from Matt Wells regarding "Net Enforcers" an overview "Protecting Your Brand Online" | INTX1988897-INTX198957 | X | |
| 134 | 5/1/07 | E-mail to David Burns from Joseph Loomis regarding "IACC & Concerns" | CK002340-CK002342 | X | |
| 135 | 5/9/07 | E-mail to David Burns from Joseph Loomis regarding "Report from Net | CK002663-CK002664 | X | |

| | | Enforcers, Inc." | | | |
|---|---|---|---|---|---|
| 136 | 5/18/07 | E-mail to David Burns from John Scanlon regarding "Net Enforcers" numbers look promising and support the10M valuation | INTX138082-INTX138084 | X | |
| 137 | 7/16/07 | E-mail to David Burns from John Scanlon regarding "Deal today" calculating revenue | INTX137926-INTX137928 | X | |
| 138 | 11/25/09 | Letter to David Fisher from Christopher Cwalina regarding number of letters sent by Net Enforcers during certain months (Sony Legal Letter Analysis) | INTX137926-INTX137928 | X | |
| 139 | 9/14/07 | E-mail to David Burns from Joseph Loomis regarding "Email to INTX" focusing on Net Enforcers | CK002197 | X | |
| 140 | 9/14/07 | E-mail to David Burns from Joseph Loomis regarding "Thank you & Getting to 1B" | CK002713-CK002715 | X | |
| 141 | 11/12/07 | E-mail to Stuart Bennett from Joseph Loomis regarding "Pro-Froma" | CK000842-CK000924 | X | |
| 142 | 11/12/07 | E-mail to Jenni Loomis from Joseph Loomis regarding "Copy of Net Enforcers YTD-Final for INTX 11-8-07" | JL0265341-JL0265343 | X | |
| 143 | 11/20/07 | E-mail to Joseph Loomis from Neil Seidman regarding "Closing Balance Sheet" | | X | |
| 144 | | Schedule 5.1 | | X | |
| 145 | 8/7/07 | E-mail to Joseph Loomis from Mark Hildebrandt regarding "My Setup" Antec Nine Hundred | | X | |
| 146 | 11/21/07 | E-mail to Joseph Loomis from John Scanlon regarding "Closing Balance Sheet" | | X | |
| 147 | 11/29/07 | E-mail to Madalyn Behneman from John Scanlon regarding "Revised Funds Flow" | INTX054311-INTX054317 | X | |
| 148 | | | | | |
| 149 | | | | | |
| 150 | 12/3/09 | Subpoena with Exhibit A – Stan Smith | | X | |
| 151 | | Stan Smith CV | | X | |
| 152 | 12/1/09 | Letter to Thomas Dunlap from Stan Smith regarding Rebuttal Report | | X | |
| 153 | 11/13/09 | Letter, Report, Tables, Curriculum Vitae, List of four (4) cases, Documents Reviewed to Thomas Dunlap from Stan | | | X |

| | | Smith | | | |
|---|---|---|---|---|---|
| 154 | 11/9/07 | Employment Agreement | | X | |
| 155 | | Cross Keys Capital Letter regarding Cyveillance, Inc. | | X | |
| 156 | 11/19/09 | Invoice to Thomas Dunlap from Stan Smith | | X | |
| 157 | 2/26/07 | Letter to Joseph Loomis from Larry Heimer regarding documents relating to Loomis's personal financial condition | Heimer_HC_000002-Heimer_HC_000003 | X | |
| 158 | 12/31/06 | QB Accounting | INTX203361-INTX203364 | X | |
| 159 | 11/30/07 | QB Accounting | Heimer_HC_000389-Heimer_HC_000390 | X | |
| 160 | 8/15/07 | Net Enforcers, Inc. Balance Sheet Summary Comparision | | X | |
| 161 | 8/13/07 | Net Enforcers, Inc. Voided/Deleted Transactions Detail | | X | |
| 162 | 8/30/07 | Net Enforcers, Inc. Voided/Deleted Transactions Detail | | X | |
| 163 | 9/3/07 | Net Enforcers Voided/Deleted Transactions Detail | | X | |
| 164 | 9/8/07 | Net Enforcers Voided/Deleted Transactions Detail | | X | |
| 165 | 2/12/08 | Net Enforcers Voided/Deleted Transactions Detail | | X | |
| 166 | | Net Enforcers, Inc. Audit Trail – Reclassified Expenses | | X | |
| 167 | 4/28/08 | Net Enforcers, Inc. Audit Trail | | X | |
| 168 | 10/9/07 | E-mail to Joseph Loomis from Jenni Loomis regarding "Questions on our Books" | INTX096755-INTX096762 | X | |
| 169 | 10/26/07 | E-mail to John Scanlon, Michael Stanfield, Neal Ditterdorf, Neil Seidman, Jason Wood, J.P. Vorak, L. McFarland, David Burns, Tammy Gregory, Tammie Ettner from Joseph Loomis regarding "INTX NEI Closing Checklist" | INTX043689-INTX043691 | X | |
| 170 | 11/27/07 | E-mail to Tracy Ward from Madalyn Behneman regarding "Closing Balance Sheet" | INTX055284-INTX055298 | X | |
| 171 | 12/31/07 | E-mail to Joseph Loomis from Jenni Loomis regarding "Updated Transactions to Record in Books" | INTX097127-INTX097132 | | X |

| 172 | 1/28/08 | E-mail to Joseph Loomis and Larry Heimer from Jenni Loomis regarding "NE Data Request" | | X | |
| 173 | 1/11/08 | E-mail to Larry Heimer from Jenni Loomis regarding "Adjustments" | INTX205605-INTX205606 | X | |
| 174 | 2/7/08 | E-mail to Larry Heimer from Joseph Loomis regarding "Additional Questions for the Tax Return" | JL0225013-JL0225016 | X | |
| 175 | 2/12/08 | E-mail to Jenni Loomis from Joetta Kilby regarding "Tax entries need to come out of the books ASAP" | JML0008968-JML0008970 | X | |
| 176 | 11/13/09 | Report of Plaintiff's Expert Marc B. Sherman | | X | |
| 177 | 12/2/09 | Rebuttal of Defendants' Expert Stan V. Smith and Updated Report of Marc B. Sherman | | X | |
| 178-188 | 12/8/09 | Loomis Subpoena Response | | X | |
| | | Sensei Enterprises, Inc. (Case No. 1740) | | X | |
| 189 | 12/9/09 | Google Finance Page | | X | |
| 190 | 1/1/09 | NEI Revenue Assurance | INTX053178-INTX053187 | X | |
| 191 | 6/5/09 | NEI Revenue Process Status Update | INTX048466-INTX048470 | X | |
| 192 | 12/15/08 | Letter to John Scanlon from Joseph Loomis – Initial Response to Claims made in the November 19, 2008 Letter from John Scanlon to Joseph Loomis | INTX047953-INTX047965 | | X |
| 193 | 8/4/08 | E-mail to John Scanlon from Michael Stanfield regarding "Moving Forward" | INTX058912-INTX058919 | | X |
| 194 | 12/2/09 | Subpoena to Net Enforcers, Inc. with Attachment A; Notice of Deposition to Net Enforcers, Inc. | | X | |
| 195 | 11/19/08 | Letter to Joseph Loomis from John Scanlon regarding "notice pursuant to Section 8.1 of the Stock Purchase Agreement" | INTX055193-INTX055201 | X | |
| 196 | 10/31/07 | Amended and Restated Office Lease | INTX059654-INTX059671 | X | |
| 197 | 4/19/07 | Exhibit A – Statement of Work | INTX047906-INTX047930 | X | |
| 198 | 10/28/09 | E-mail to Melissa Roth from Chris Cwalina regarding "Letter" – E-mail from Dave Fisher regarding Sony payment | INTX199039-INTX199041 | X | |

| 199 | 11/25/09 | Letter to David Fisher from Christopher Cwalina regarding mathematical error | INTX398681-INTX398683 | X | |
| 200 | 11/12/09 | Expert Report of Eric V. Mazur | | X | |
| 201 | | Intersections "Notes for Report" | | X | |
| 202 | 8/21/08 | E-mail to John Scanlon from Joseph Loomis regarding "Moving Forward" and Michael Stanfield's e-mail | | | X |
| 203 | 8/4/08 | E-mail to Michael Stanfield from John Scanlon regarding "Moving Forward" no issues with tech review | INTX058839-INTX058846 | | X |
| 204 | 9/9/08 | E-mail to Michael Stanfield from John Scanlon regarding "NEI Debrief" | INTX058674-INTX058681 | | X |
| 205 | 9/12/08 | E-mail to Madalyn Behneman from John Scanlon regarding "Triggering Events – Impairment of Goodwill" | INTX063114-INTX063116 | | X |
| 206 | 8/25/08 | E-mail to Michael Stanfield from Joseph Loomis regarding "Talents & Moving Forward" after conversation with Chip | INTX132093-INTX132098 | | X |
| 207 | 10/21/08 | E-mail to John Scanlon from Michael Stanfield regarding "Request" | INTX058955-INTX058956 | | X |
| 208 | 10/22/09 | E-mail to Melissa Roth from Michelle Dickinson regarding "Circus Act" | | | X |
| 209 | 10/22/08 | E-mail to Michael Stanfield from John Scanlon regarding "Letter as discussed" and death threats | INTX141091-INTX141094 | | X |
| 210 | 8/12/08 | E-mail to Eric A. Miller, Lynn Sheck, Chip Tsantes, Joe Chiappetta, Steve A. Schwartz, Joe Vacca, Tim Walston, Patti Stiffler, Michael Stanfield, Madalyn Behneman, Michelle Tutt, Neal Dittersdorf, Katherine Hunt, Chris Shenefelt, John Scanlon, Joseph Loomis, Steve Sjoblad, Bob Hill, Jimmy Stewart, Diane Flanagan, Ron Naling, Mike Wojahn, Dennis Furey, Andreew Saulitis, Reena Singh from Kevin Gibson regarding "2009 Budget Timeline" | | | X |
| 211 | 10/6/08 | E-mail to Steve Sjoblad, Scott Smith, Joseph Loomis, Katherine Hunt from John Scanlon regarding "G&A Initiative" | INTX102542-INTX102548 | | X |
| 212 | 11/9/07 | Employment Agreement | | X | |
| 400 | 8/31/06 | Yahoo NOI Review | JL0000862 - JL0000863 | X | |

| 401 | | Letter Management Module | JL0000880-JL0000888 | X | |
| 402 | | Introduction to the Letter Management System | JL0000889 - JL0000914 | X | |
| 403 | | LMS3 Flow Process | JL0000915 | | X |
| 404 | | LMS3 Flow Process | JL0000916 | X | |
| 405 | 11/18/04 | Confidentiality and Inventions Agreement – Adam Badlotto | JL0001386 - JL0001393 | X | |
| 406 | 8/5/07 | E-mail from Joseph Loomis to Tim and Eric at AZ Crown regarding "Year to Date Financials – Deals in the Pipeline" | JL0002077 - JL0002079 | X | |
| 407 | 10/6/06 | Fax from Chief Sanus regarding Confidentiality and Non-Disclosure Agreement dated October 3, 2006 | JL0003137-JL0003141 | X | |
| 408 | | IT Professional Services Agreement | JL0004470-JL0004511 | X | |
| 409 | 5/2/05 | Net Enforcers Execution Procedure – Magellan | JL0004695-JL0004698 | X | |
| 410 | 12/1/06 | NEI: A Strategic Plan to Eradicate Online Brand Destruction & Unauthorized Internet Sales | JL0005213-JL0005244 | X | |
| 411 | 4/7/09 | Attachment A – Statement of Work No. 4 | JL0005266-JL0005271 | X | |
| 412 | 1/11/06 | Online Product Distribution Tracing, Enforcement & Monitoring Proposal | JL0007628-JL0007647 | X | |
| 413 | 4/1/07 | Amendment Two to Services Agreement | JL0009101-JL0009111 | X | |
| 414 | 11/2/06 | Amendment to Services Agreement | JL0009131 | X | |
| 415 | 8/5/07 | E-mail from Joseph Loomis to Tim and Eric at AZ Crown regarding "Year to Date Financials – Deals in the Pipeline" | JL0010787-JL0010789 | X | |
| 416 | 10/27/07 | Schedule 5.1 | JL0012485 | X | |
| 417 | 7/9/07 | Letter from Joseph Loomis to Department of Revenue regarding payment notices from 2003 and 2004 tax seasons | JL0022208-JL0022209 | X | |
| 418 | 8/5/07 | E-mail from Joseph Loomis to Tim and Eric at AZ Crown regarding "Year to Date Financials – Deals in the Pipeline" | JL0023816-JL0023818 | | X |
| 419 | | Due Diligence Chart | JL0024331-JL0024365 | | X |
| 420 | 10/16/07 | E-mail from Joseph Loomis to John Scanlon regarding "Novartis" | JL0024373 | | X |
| 421 | 5/6/08 | E-mail from Jenni Loomis to Jason Wood regarding "Invoice # 203325" | JL0024374-JL0024377 | X | |
| 422 | 9/5/08 | E-mail from Jenni Loomis to John Scanlon regarding "RE: In Response to your Email" | JL0024409-JL0074725 | X | |
| 423 | 2/27/07 | 2007 Appraised Value of Net Enforcers | JL0024430 | X | |

| 424 | 2/1/07 | 2007 Business Model Projections | JL0024431-JL0024453 | X | |
| 425 | 4/18/07 | Net Enforcers Comparison chart | JL0024454 | X | |
| 426 | 1/6/09 | Arizona S Corporation Income Tax Return | JL0024455-JL0024461 | X | |
| 427 | 10/17/07 | E-mail to Joseph Loomis from John Scanlon regarding "Revised Draft SPA and Draft Employment Agreement" | JL0024553 | X | |
| 428 | 9/30/09 | INTX Option Pricing Model | JL0024679-JL0024689 | X | |
| 429 | | Comment to Disclosure Schedules (Part 2) | JL0024772-JL0024775 | X | |
| 430 | | Schedules | JL0024782-JL0024847 | X | |
| 431 | | NE Clients Purchase Log | JL0074746-JL0074788 | X | |
| 432 | 10/2/07 | Captira Finance Due Diligence Questionnaire | JL0094648-JL0094662 | X | |
| 433 | | NEI Estimated Closing Balance Sheet | JL0095414-JL0095427 | X | |
| 434 | 10/8/07 | E-mail to Phil Murawski to Amanda Johnson regarding conference call to discuss programs, costs, and any other issues | JL0133777-JL0133779 | X | |
| 435 | 11/1/07 | E-mail from Amanda Johnson to Cathy Hussar regarding "Pending MAP notices" | JL0133782-JL0133784 | X | |
| 436 | 2/6/07 | E-mail from Amanda Johnson to Dave Busch regarding "clients who did not Respond" | JL0133825 | X | |
| 437 | 9/10/07 | E-mail from Amanda Johnson to Joseph Loomis regarding "NEC Convo" | JL0134646 | X | |
| 438 | 8/17/07 | E-mail to Joseph Loomis from Amanda Johnson regarding "cancellation" | JL0134648 | X | |
| 439 | 8/30/07 | E-mail to Joseph Loomis from Amanda Johnson regarding "Net Enforcers Update" | JL0134747 | | X |
| 440 | 11/9/07 | E-mail from Amanda Johnson to Stuart Bennett regarding "NEC Update" | JL0135429-JL0135430 | X | |
| 441 | 9/25/07 | E-mail between Andrew Jackson and Joseph Loomis "Re: Net Enforcers - Greetings Andrew **IMPORTANT**" | JL0135669-JL0135670 | X | |
| 442 | | IRS e-Filing 2008 | JL0135679-JL0135680 | X | |
| 443 | | IRS e-Filing 2008 | JL0135690-JL0135691 | X | |
| 444 | 6/25/08 | E-mail from Carmen Cavanagh to Joseph Loomis regarding "The quote P0172365 you have requested" | JL0135711-JL0135713 | X | |
| 445 | 6/25/08 | E-mail from Carmen Cavanagh to Joseph Loomis regarding "The quote P0172365 you have requested" | JL0135716-JL0135717 | X | |

| 446 | | IRS e-Filing 2008 | JL0135783-JL0135784 | X | |
| 447 | | IRS e-Filing 2008 | JL0135785-JL0135786 | X | |
| 448 | 10/25/07 | E-mail from Danielle Didio to Joseph Loomis regarding "Schedule for P/S & Timeline" | JL0150488-JL0150489 | X | |
| 449 | 10/4/07 | E-mail between Joseph Loomis, Jenni Loomis and Danielle DiDio "RE: Sony Ship Back" | JL0150516-JL0150518 | X | |
| 450 | 8/6/07 | E-mail between Joseph Loomis and David Burns "Intersections" | JL0180627-JL0180634 | X | |
| 451 | 7/23/07 | Email between David Burns and Joseph Loomis "RE: 2007 Sales Projections Expectations & Strategy | JL0180961-JL0180963 | X | |
| 452 | 8/7/07 | E-mail between Joseph Loomis and David Burns "RE: Net Enforcers Items to Discuss." | JL0181796-JL0181799 | X | |
| 453 | 9/27/07 | E-mail from David Burns to Joseph Loomis regarding "Tax Issues" | JL0182255-JL 0182256 | X | |
| 454 | 7/1/07 | E-mail between Joseph Loomis and David Burns "RE: Thank you -" | JL0182350-JL0182356 | X | |
| 455 | 7/24/07 | E-mail between Joseph Loomis and David Burns "RE: update" | JL0182402-JL0182404 | X | |
| 456 | 2/18/08 | E-mail between Intuit and Joseph Loomis "Regarding your tax document (do not respond)" | JL0183274-JL0183275 | X | |
| 457 | 10/24/07 | Email between Jason Wood and Joseph Loomis "amended highlighted closing checklist" | JL0185109 | X | |
| 458 | 10/30/07 | E-mail from Jason Wood to Joseph Loomis regarding "Comments to disclosure schedules" | JL0185409- JL0185410 | X | |
| 459 | 10/29/07 | E-mail from Jason Wood to Joseph Loomis regarding "Schedules" | JL0186056-JL0186057 | X | |
| 460 | 10/26/07 | E-mail from Jason Wood to Joseph Loomis regarding "INTX Schedules" | JL0186339 | X | |
| 461 | 10/24/07 | Stock Purchase Agreement | JL0186341-JL0186345 | X | |
| 462 | 10/17/07 | E-mail to Joseph Loomis from Jason Wood regarding "Revised Draft SPA and Draft Employment Agreement" | JL0187128 | X | |
| 463 | 10/31/07 | E-mail from Jason Wood to James Dvorak regarding "NEI Updated Schedule in Word Format" | JL0188371-JL0188373 | X | |
| 464 | 11/9/07 | E-mail from Jason Wood to James Dvorak regarding "Email 1 of 2" | JL0188458-JL0188459 | X | |
| 465 | 11/9/07 | E-mail from Jason Wood to James | JL0188460-JL0188461 | X | |

| | | Dvorak regarding "Email 2 of 2" | | | |
|---|---|---|---|---|---|
| 466 | 11/9/07 | E-Mail between Jason Wood, Neil Seidman and James Dvorak "SPA and Cohen Documents EXECUTED Signature Pages" | JL0189497-JL0189501 | X | |
| 467 | 2/18/08 | E-mail between Jenni Loomis and Joseph Loomis "RE: Intuit" | JL0190738-JL0190739 | X | |
| 468 | 12/31/07 | E-mail from Jenni Loomis to Joseph Loomis regarding "Updated Transactions to Record in Books" | JL0191108-JL0191121 | X | |
| 469 | 1/10/08 | Email between Jenni Loomis and Rebecca Krause, Stuart Bennett, Joseph Loomis, Gary Rosenberg "RE: Net Enforcers & MAP Services" | JL0191281-JLO191282 | X | |
| 470 | | RE: net enforcers | JL0191777-JL0191789 | X | |
| 471 | 10/24/07 | E-mail between Joseph Loomis and David Burns "RE: Contract" | JL0191800 | | X |
| 472 | 10/16/07 | E-mail between Joseph Loomis and Danielle DiDio "Termination Claus" | JL0192036-JL0192039 | X | |
| 473 | 9/6/07 | E-mail between Joseph Loomis and Stuart Bennett "Financials" | JL0192041-JL0192067 | X | |
| 474 | 10/10/07 | E-mail between Joseph Loomis and David Burns "FW: Tax refund" | JL0192075-JL0192077 | X | |
| 475 | 9/7/07 | Financials and Projections | JL0192078-JL0192086 | X | |
| 476 | 10/12/07 | E-mail between Joseph Loomis and David Burns "RE: Agreement for Review" | JL0192087-JL192088 | X | |
| 477 | | | | X | |
| 478 | 9/11/07 | E-mail between Joseph Loomis and David Burns "RE: P&L" | JL0192098 | X | |
| 479 | | | | X | |
| 480 | 11/1/07 | E-mail from Joseph Loomis to Jason Wood regarding "Customers to be interviewed by INTX" | JL0192134-JL0192136 | | X |
| 481 | 2/12/08 | E-mail from Joseph Loomis to Jenni Loomis regarding "Tax entries need to be come out of the books ASAP" | JL0192197-JL0192201 | X | |
| 482 | 10/16/07 | E-mail between John Scanlon and Joseph Loomis "Novartis" | JL0192415 | X | |
| 483 | 8/6/08 | E-mail between Joseph Loomis, John Scanlon, Madalyn Behneman and James Waller "RE: Draft Tax Filings" | JL0192444-JL0192456 | | X |

| 484-485 | 7/31/08 | E-mail between John Scanlon and Joseph Loomis "RE: Draft Tax Filings" | JL0192457-JL0192459; JL0192461-JL0192502; JL0192503-JL0192553;JL0192554-JL0192594; JL0192595-JL0192659 | | X |
|---|---|---|---|---|---|
| 486 | 10/29/07 | E-mail from Joseph Loomis to John Scanlon regarding "NEI P/S Schedules" | JL0192698-JL0192700 | X | |
| 487 | 10/16/07 | E-mail to John Scanlon from Joseph Loomis regarding "Revised Draft SPA and Draft Employment Agreement" | JL0192710 | X | |
| 488 | 10/16/07 | E-mail between John Scanlon and Joseph Loomis "RE: visit" | JL0192731 | X | |
| 489 | 8/13/08 | E-mail between Larry Heimer and Joseph Loomis "RE: Draft Tax Filings" | JL0192895-JL0192902 | X | |
| 490 | 8/19/07 | E-mail from Joseph Loomis to Phil Murawski regarding "Net Enforcers Update" | JL0192963 | X | |
| 491 | 10/16/07 | E-mail from James Dvorak to Neil Seidman regarding "Revised Draft SPA and Draft Employment Agreement" | JL0193001 | X | |
| 492 | 11/28/07 | E-mail between Joseph Loomis and John Scanlon "closing balance sheet" | JL0193197-JL0193206 | X | |
| 493 | 11/21/07 | E-mail from John Scanlon regarding "Closing Balance Sheet" and why it is a deduction (negative number) | JL0195554-JL0195561 | | X |
| 494 | 11/20/07 | E-mail between John Scanlon and Joseph Loomis "RE: Closing Balance Sheet" | JL0195595-JL0195600 | | X |
| 495 | 11/21/07 | E-mail to Jenni Loomis from John Scanlon regarding business assets | JL0195601 | | X |
| 496 | 11/21/07 | E-mail from John Scanlon regarding "transferring assets that are not NEI business assets off the books" | JL0195612-JL0195616 | | X |
| 497 | 5/28/08 | E-mail to Joseph Loomis from John Scanlon regarding "ETA" | JL0195807-JL0195809 | X | |
| 498 | 11/19/07 | E-mail between John Scanlon and Joseph Loomis "RE: NEI Estimated Closing balance sheet" | JL0196068-JL0196070 | | X |
| 499 | | RE:***Revised Draft SPA and Draft Employment Agreement*** | JL0196229-JL0196231 | X | |
| 500 | 2/15/07 | E-mail between Joseph Loomis, Stuart Bennett and John Scanlon "RE: NEI Revenue for January 08" | JL0197158-JL0197161 | | X |
| 501 | 10/20/08 | E-mail from John Scanlon regarding | JL0197183-JL0197186 | | X |

| | | confirmation of receipt of e-mail | | | |
|---|---|---|---|---|---|
| 502 | 9/3/09 | E-mail between Larry Heimer and Joseph Loomis "RE: Tax entries need to come out of the books ASAP" | JL0197854-JL0197859 | X | |
| 503 | 7/27/08 | E-mail between Larry Heimer and Joseph Loomis "RE: Draft Tax Filings" | JL0197871-JL0197873 | X | |
| 504 | 8/25/08 | E-mail between Larry Heimer and Joseph Loomis "RE: Net Enforcers" | JL0197899-JL0197902 | X | |
| 505 | 8/7/07 | E-mail between Joseph Loomis and Mark Hildebrandt "RE: My Setup" | JL0198042-JL0198044 | X | |
| 506 | 6/4/08 | E-mail between Michael Gilburd and Joseph Loomis "RE: NEI Draft Evaluation Report" | JL0198737-JL0198742 | X | |
| 507 | 9/26/07 | E-mail to Neal Dittersdorf from Michael Stanfield regarding "Loomis Compensation" | JL0199237-JL0199238 | | X |
| 508 | 9/11/07 | E-mail to Joseph Loomis from Phil Murawski regarding using outside services | JL0199544-JL0199548 | | X |
| 509 | 9/24/07 | E-mail between Joseph Loomis and Ross Volk "Re: Follow up" | JL0200688-JL0200689 | | X |
| 510 | 8/13/07 | E-mail between Joseph Loomis and David Burns "RE: Net Enforcers" | JL0201277 | X | |
| 511 | 7/12/07 | E-mail between Joseph Loomis and David Burns "LOI" | JL0208712-JL0208715 | X | |
| 512 | 8/7/07 | E-mail between Joseph Loomis and Mark Hildebrandt "RE: My Setup" | JL0208721-JL0208727 | X | |
| 513 | 8/24/07 | E-mail between Joseph Loomis and David Burns "RE: NDA" | JL0208728-JL0208736 | X | |
| 514 | 2/26/07 | E-mail between Joseph Loomis and David Burns "RE: Our Value" | JL0209027-JL0209028 | X | |
| 515 | 9/27/07 | E-Mail between Joseph Loomis and David Burns "RE: Tax issues" | JL0209532-JL0209538 | X | |
| 516 | 10/4/07 | E-mail from Joseph Loomis to Amanda Johnson regarding conference call with NEC | JL0211918-JL0211919 | X | |
| 517 | 9/26/07 | E-mail between Joseph Loomis and Andrew Jackson "RE: Net Enforcers - Greetings Andrew  **IMPORTANT**" | JL0212392-JL0212395 | X | |
| 518 | 6/19/07 | E-mail between Joseph Loomis and Danielle DiDio "RE: Sony" | JL0220091-JL0220094 | X | |
| 519 | 6/19/07 | E-mail between Joseph Loomis and Danielle DiDio "RE: Sony" | JL0220095-JL0220099 | X | |
| 520 | 10/17/07 | E-mail between Joseph Loomis and David Burns "FW: ***Revised Draft SPA and Draft Employment | JL0221832 | X | |

| | | Agreement***" | | | |
|---|---|---|---|---|---|
| 521 | 7/16/07 | E-mail between Joseph Loomis and David Burns "FW: LOI" | JL0223018-JL0223021 | X | |
| 522 | 7/23/07 | E-mail between Joseph Loomis and David Burns "2007 Sales Projections Expectations & Strategy" | JL0223553-JL0223556 | | X |
| 523 | 10/1/07 | E-Mail between Joseph Loomis and David Burns "RE: Call with Michael - Very detailed." | JL0223781-JL0223784 | X | |
| 524 | 10/24/07 | E-mail between Joseph Loomis and David Burns "RE: Contract" | JL0223955-JL0223957 | X | |
| 525 | 11/9/07 | E-Mail between Joseph Loomis and David Burns "RE: Excel File" | JL0224067-JL0224070 | X | |
| 526 | 4/29/08 | NEC Display Agreement | JL0226757 | X | |
| 527 | 1/15/08 | E-mail between Joseph Loomis and Jenni Loomis "FW: closing balance sheet" | JL0232309-JL0232318 | X | |
| 528 | 2/18/08 | E-mail between Joseph Loomis and Jenni Loomis "RE: Intuit" | JL0233333-JL0233334 | X | |
| 529 | 11/21/07 | E-mail between John Scanlon and Joseph Loomis "RE: Closing Balance Sheet" | JL0245751-JL0245760 | X | |
| 530 | 11/27/07 | E-mail between John Scanlon and Joseph Loomis "RE: Closing Balance Sheet" | JL0245761-JL0245771 | X | |
| 531 | 5/28/08 | E-mail between John Scanlon and Joseph Loomis "RE: ETA" | JL0246386-JL0246388 | X | |
| 532 | 10/30/07 | E-mail to John Scanlon from Joseph Loomis regarding providing all documents that each schedule references | JL0246951-JL0246956 | X | |
| 533 | 10/30/07 | E-mail from John Scanlon to Joseph Loomis regarding counsel understanding changing files and data | JL0247380-JL0247382 | X | |
| 534 | 6/22/07 | User Manual for Temporary Users of SEVIS Version 5.7 | JL0252146-JL0252220 | X | |
| 535 | 9/24/07 | E-mail between Joseph Loomis and Ross Volk "RE: Follow up" | JL0253401-JL0253402 | | X |
| 536 | 2/19/08 | E-mail between Joseph Loomis, Sheilah Snyder, Larry Heimer and Jenni Loomis "FW:  jConnect fax from unknown - 7 page(s)" | JL0254921-JL0254928 | X | |
| 537 | 2/18/08 | E-mail between Larry Heimer, Sheilah Snyder, Joseph Loomis and Jenni Loomis "Intuit" | JL0256119-JL0256139 | X | |

| 538 | 6/4/08 | E-mail between Joseph Loomis and Stuart Bennett "RE: Gartner Coverage" | JL0286201-JL0286419 | X | |
| 539 | 12/3/07 | Email between Joseph Loomis and Stuart Bennett "RE:NEC Report - Format Updated" | JLO0287003-JLO0287006 | X | |
| 540 | 4/2/06 | Form 1120, US Corporate Income Tax Return, 2003 | JL0306155-JL0306167 | X | |
| 541 | 4/6/06 | Form 1120, US Corporate Income Tax Return, 2004 | JL0306168-JL0306184 | X | |
| 540 | 4/2/06 | Form 1120, US Corporate Income Tax Return, 2003 | JL03039332-JL03039344 | X | |
| 543 | 4/21/08 | Application for Certificate of Title With/Without Registration | JL0309764-JL0309765 | X | |
| 544 | 4/21/08 | Application for Certificate of Title With/Without Registration | JL0309766-JL0309767 | X | |
| 545 | 4/21/08 | Application for Certificate of Title With/Without Registration | JL0309768-JL0309769 | X | |
| 546 | 11/21/07 | E-Mail between Joseph Loomis and David Burns "RE: 2008 Acquisitions & Strategy" | JL0313130-JL313134 | X | |
| 547 | 6/19/08 | E-mail between Joseph Loomis and Chris Cwalina "RE: Jelly" | JL0313462-JL0313466 | X | |
| 548 | 5/14/08 | E-mail between Joseph Loomis and Chris Cwalina "RE: Jelly" | JL0313467-JL0313469 | X | |
| 549 | 7/29/07 | E-mail between Joseph Loomis and David Burns "RE: LOI" | JL0313499-JL0313503 | X | |
| 550 | 9/12/07 | E-mail between Joseph Loomis and David Burns "RE: Valuation" | JL0313626-JL0313627 | X | |
| 551 | 7/23/07 | E-mail between John Scanlon and David Burns "Financials and projections" | JL0313982-JL0313988 | | X |
| 552 | 8/6/07 | E-mail between Joseph Loomis and David Burns "Intersections" | JL0313989-JL0313994 | X | |
| 553 | 7/30/07 | E-mail between David Burns and Neal Dittersdorf "Net Enforcers-Intersections LOI (Seller's Comments)" | JL0314168-JL0314181 | | X |
| 554 | 8/1/07 | Confidential Presentation, Market Overview and Company Overview | JL0315329-JL0315386 | X | |
| 555 | | Net Enforcers, Inc. – Confidential & Protected Presentation – Technology Diagrams included | JL0316366-JL0316412 | X | |
| 556 | 8/20/07 | Executed Letter of Intent | JL0317278-JL0317289 | | X |
| 557 | 11/17/08 | Termination Agreement for Sheilah Snyder | | X | |
| 558 | 12/4/08 | WSJ.Com article "Discounters, Monitors face battle on Minimum pricing" | | X | |

| | | | | | |
|---|---|---|---|---|---|
| 559 | 9/17/08 | Jason Wood and Stuart Bennett conversation about Joseph Loomis having employees work down in LE | INTX000317-INTX000319 | | X |
| 560 | 6/6/08 | Conversation between Jason Wood and Joseph Loomis regarding Loomis devoting working time to hi new company in violation of the Employment Agreement | INTX000331 | | X |
| 561 | 8/5/08 | Conversation between Joseph Loomis and Jason Wood regarding Jason stating he was not Joseph's attorney | INTX000337 | X | |
| 562 | | Schedule 5.1 | INTX002744 | X | |
| 563 | 5/14/09 | E-mail to Michelle Dickinson from Madalyn Behneman regarding "Net Enforcers Revenue Recognition" | INTX047496-INTX047501 | | X |
| 564 | 7/14/08 | E-mail from Brien Risher to Madalyn Behneman and John Scanlon | INTX049234 | X | |
| 565 | 4/13/09 | E-mail to Courtney Fender from Madalyn Behneman regarding "Summary of NEI Issues" | INTX053029-INTX053030 | X | |
| 566 | | Distribution Classified as Expenses, Fixed Assets, Reclassified as Fixed Assets, Backdating of Revenues, Larry Heimer, Other Items | INTX053031-INTX053033 | X | |
| 567 | 3/9/09 | E-mail from Madalyn Behneman regarding "NEI Investigation" | INTX053094-INTX053103 | | X |
| 568 | 3/9/09 | E-mail from Madalyn Behneman regarding "NEI Investigation" | INTX053104-INTX053113 | X | |
| 569 | 6/4/08 | E-mail between Michael Gilburd and John Scanlon "RE: NEI Draft Evaluation Report" | INTX055047-INTX055055 | X | |
| 570 | 7/9/07 | E-mail from Michael Stanfield to Chip Tsantes regarding "Intersections/Net Enforcers Technology Solutions | INTX055943-INTX055950 | X | |
| 571 | 9/9/08 | E-mail to Michael Stanfield from John Scanlon regarding "NEI Debrief" | INTX058674-INTX058681 | | X |
| 572 | 11/9/07 | E-mail between Jason Wood and James Dvorak "RE: ***E-mail 1 of 2***" | INTX058790-INTX058792 | X | |
| 573 | 11/9/07 | E-mail between Jason Wood, James Dvorak and Neil Seidman "RE: ***E-mail 2 of 2***" | INTX058795-INTX058797 | X | |
| 574 | 8/4/08 | E-mail to Michael Stanfield from John Scanlon regarding "Moving Forward" | INTX058839-INTX058846 | | X |
| 575 | 11/30/07 | Reznick Valuation – Intersections, Inc. Acquisition of Net Enforcers, Inc. Purchase Price Allocation in Accordance | INTX058991-INTX059064 | X | |

| | | with SFAS Number 141 | | | |
|---|---|---|---|---|---|
| 576 | 11/12/07 | Schedule 7.3(e)(ii) | INTX061623 | X | |
| 577 | 8/14/08 | Biegel & Waller Arizona income tax filing requirement letter | INTX062697-INTX062698 | X | |
| 578 | 8/14/08 | Biegel & Waller Net Enforcers – Arizona Analysis | INTX062699-INTX062703 | X | |
| 579 | 11/14/08 | E-mail to Chris Cwalina from Tracy Ward regarding "IRS Exposure" | INTX063449 | X | |
| 580 | 8/6/08 | E-mail to Joseph Loomis from John Scanlon regarding "Draft Tax Filings" | INTX073932-INTX073946 | X | |
| 581 | 8/5/08 | E-mail to Joseph Loomis from John Scanlon regarding "Draft Tax Filings" | INTX073966-INTX073979 | X | |
| 582 | 12/17/07 | E-mail to Jason Wood from Joseph Loomis regarding "KMW/UPP" | INTX083593-INTX083600 | X | |
| 583 | 9/25/08 | E-mail to Stuart Bennett from Joseph Loomis regarding "NEI Budget" cuts, including removing Jason Wood and others | INTX084409-INTX084412 | X | |
| 584 | 11/1/07 | Schedule 7.3(e)(ii) | INTX091270-INTX091278 | X | |
| 585 | 11/2/07 | Schedule 7.3(e)(ii) | INTX092110-INTX092121 | X | |
| 586 | 11/1/07 | Schedule 7.3(e)(ii) | INTX092290-INTX092298 | X | |
| 587 | 11/13/07 | E-mail to Jason Wood from John Scanlon regarding "NEI Customer Interview List" | INTX093228-INTX093232 | X | |
| 588 | 11/12/07 | Schedule 7.3(e)(ii) | INTX093231-INTX093232 | X | |
| 589 | 11/13/07 | Schedule 7.3(e)(ii) | INTX093373-INTX093374 | X | |
| 590 | 11/1/07 | Schedule 7.3(e)(ii) | INTX093692-INTX093693 | X | |
| 591 | 11/1/07 | Schedule 7.3(e)(ii) | INTX093704 | X | |
| 592 | 11/7/07 | Schedule 7.3(e)(ii) | INTX093712 | X | |
| 593 | 9/10/09 | Schedule 7.3(e)(ii) | INTX093713-INTX093714 | X | |
| 594 | 5/8/08 | 2008 Benefit Summary Sheet | INTX104851-INTX104852 | | X |
| 595 | 11/12/07 | Schedule 7.3(e)(ii) | INTX136284-INTX136287 | X | |
| 596 | 2/15/08 | E-mail to Joseph Loomis from John Scanlon regarding "NEI Revenue for January 2008" | INTX136742-INTX136743 | | X |

| | | | | | |
|---|---|---|---|---|---|
| 597 | 8/10/07 | E-mail between John Scanlon and Said Armutcuoglu "Net Enforcers" | INTX137857-INTX137893 | X | |
| 598 | 12/18/07 | E-mail to Kyvon Bina from John Scanlon regarding "INTX Options at Low Strikes" | INTX137961-INTX137962 | | X |
| 599 | 10/28/08 | E-mail to Neal Dittersdorf from Chris Cwalina regarding "Joe Loomis" and charges against him | INTX138633-INTX138634 | | X |
| 600 | 10/21/08 | E-mail to Jason Wood from John Scanlon regarding "Letter as discussed" | INTX138696-INTX138697 | X | |
| 601 | 11/1/07 | Schedule 7.3(e)(ii) | INTX145189 | X | |
| 602 | 11/7/07 | Schedule 7.3(e)(ii) | INTX145190 | X | |
| 603 | 10/21/08 | E-mail to Joseph Loomis from Jason Wood regarding "SPA/Employment Agreement | INTX152045 | X | |
| 604 | 11/7/07 | Schedule 7.3(e)(ii) | INTX152998 | X | |
| 605 | 11/6/07 | Schedule 7.3(e)(ii) | INTX154980 | X | |
| 606 | 11/12/07 | Schedule 7.3(e)(ii) | INTX155291-INTX155294 | X | |
| 607 | 11/7/07 | Schedule 7.3(e)(ii) | INTX155447-INTX155450 | X | |
| 608 | 11/7/07 | Schedule 7.3(e)(ii) | INTX155448-INTX155449 | X | |
| 609 | 11/7/07 | Schedule 7.3(e)(ii) | INTX159863-INTX159865 | X | |
| 610 | 11/7/07 | Schedule 7.3(e)(ii) | INTX159863-INTX159864 | X | |
| 611 | 11/1/07 | Schedule 7.3(e)(ii) | INTX160364-INTX160365 | X | |
| 612 | 11/7/07 | Schedule 7.3(e)(ii) | INTX160366-INTX160369 | X | |
| 613 | 11/7/07 | Schedule 7.3(e)(ii) | INTX162216 | X | |
| 614 | 11/7/07 | Schedule 7.3(e)(ii) | INTX163566 | X | |
| 615 | 11/1/07 | Schedule 7.3(e)(ii) | INTX166555-INTX166557 | X | |
| 616 | 10/21/08 | E-mail between Jason Wood and Joseph Loomis "SPA/Employment Agreement" | INTX170134-INTX170214 | X | |
| 617 | 3/26/09 | LOOMIS ENTERPRISES, LLC vs. KEITH JENKINS, Case No. CV2009-009842 | INTX198775-INTX198824 | X | |
| 618 | 10/9/08 | Email between Jason Wood and Jason Wood "RE: LE employment" | INTX235941-INTX235943 | X | |
| 619 | 2/3/07 | Email between Danielle Didio and Jenni Loomis "RE: Billing Excel for January 2007" | INTX240757-INTX240761 | X | |

| 620 | 2/3/07 | Email between Danielle Didio and Jenni Loomis "RE: Billing Excel for January 2007" | INTX240757-INTX240776 | X | |
| 621 | 8/16/08 | Email between Matthew Leberer and Jason Wood | INTX253498-INTX253541 | X | |
| 622 | | Distribution Classified as Expenses, Fixed Assets, Reclassified as Fixed Assets, Backdating of Revenues, Larry Heimer, Other Items | INTX053031-INTX053033 | X | |
| 623 | 2/15/09 | E-mail between Joseph Loomis and John Scanlon "FW: NEI Revenue for January 08" | INTX379820-INTX379822 | X | |
| 624 | 4/13/09 | E-mail to Courtney Fender from Madalyn Behneman regarding "Summary of NEI Issues" | INTX053029-INTX053030 | X | |
| 625 | 3/9/09 | Memo entitled NEI Investigation from Madalyn Behneman, CC Tracy Ward, Joetta Kilby | INTX053094-INTX053103 | X | |
| 626 | | E-mail between Matt Leberer and Jason Wood "tattling" on Loomis | INTX086976-INTX086977 | X | |
| 627 | 1/2/08 | E-mail between Danielle DiDio, Jenni Loomis and Barbara Davis "RE: Billing" | JML0005788-JML0005811 | X | |
| | | Expert Report of Stan Smith | | | X |
| | | Expert Report of Jesse Lindmar | | | X |

Dated this 17th Day of December, 2009.

Respectfully Submitted,

JOSEPH C. LOOMIS and JENNI M. LOOMIS
By Counsel

_____/s/_____
Thomas M. Dunlap (VSB No. 44016)
Ellis Bennett (VSB No. 71685)
Phillip C. Chang (VSB No. 75741)
DUNLAP, GRUBB & WEAVER, PLLC
199 Liberty Street, SW
Leesburg, Virginia 20175
703-777-7319
703-777-3656 (fax)
tdunlap@dglegal.com
ebennett@dglegal.com
pchang@dglegal.com
*Counsel for the Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of December 2009, a true and correct copy of the

foregoing Trial Exhibit List was filed and served using the Court's CM/ECF system, which will

then send a notice of electronic filing (NEF) to the following counsel of record for the Plaintiffs:

> Tara Lee (VSB No. 71594)
> Ryan C. Berry (VSB No. 67956)
> DLA PIPER LLP (US)
> 1775 Wiehle Avenue, Ste. 400
> Reston, Virginia 20190
> Telephone:  703-773-4000
> Facsimile:  703-773-5000
> tara.lee@dlapiper.com
> ryan.berry@dlapiper.com
> *Counsel for Plaintiffs*

And I hereby certify that I will electronically mail the documents to the following non-filing users:

> David Clarke (admitted *pro hac vice*)
> Michelle J. Dickinson (admitted *pro hac vice*)
> Melissa R. Roth (admitted *pro hac vice*)
> DLA PIPER LLP (US)
> 6225 Smith Avenue
> Baltimore, Maryland 21209
> Telephone:  410-580-3000
> Facsimile:  410-580-3001
> david.clarke@dlapiper.com
> michelle.dickinson@dlapiper.com
> melissa.roth@dlapiper.com
> *Counsel for Plaintiffs*

> _____/s/_____
> Phillip C. Chang (VSB No. 75741)
> DUNLAP, GRUBB & WEAVER, PLLC
> 199 Liberty Street, SW
> Leesburg, Virginia 20175
> 703-777-7319
> 703-777-3656 (fax)
> pchang@dglegal.com
> *Counsel for the Defendants*