**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | | |
|---|---|---|
| **INTERSECTIONS, INC., et al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:09-CV597 (LMB/TCB)** |
| | ) | |
| **JOSEPH C. LOOMIS, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS' TRIAL WITNESS LIST

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and pursuant to the

Court's July 7, 2009 Order, Defendants Joseph C. Loomis and Jenni M. Loomis submit the

following list of witnesses that may be called at trial.  This witness list is exclusive of witnesses

that may be called for rebuttal and/or impeachment purposes.  Defendants further reserve the

right to call any witness identified on the Plaintiffs' witness list, who is not objected to by

Defendants, as permitted by the Court.


David Burns
Cross Keys Capital, LLC
200 S. Andrews Avenue
Suite 504
Ft. Lauderdale, FL  33301
Tel:  (561) 306-2935

Michael Gilburd
26717 North 90th Drive
Suite 1, Peoria, Arizona 85383
Tel: (623) 328-5350

Jenni Loomis
212 Esquire Lane
Cary, NC 27513
Tel:  (919) 280-8251

1

David Busch
3911 NW 23rd Dr
Gainesville, FL 32605
Tel:  (352) 262-8724

Kevin Jones
6405 South Verde Lane
Camp Verde, AZ 86322
Tel:  (480) 277-3707

Chris Loomis
60 W La Vieve Lane
Tempe, AZ 85284
Tel:  (321) 543-2299

Brooks Holcomb
3101 N Central Ave
Phoenix, AZ 85012
Tel:  (602) 234-1178

Neil Seidman
Seidman, Prewitt, DiBello & Lopez, P.A.
5900 Broken Sound Parkway, NW
Third Floor
Boca Raton, FL 33487
Tel:  (561) 226-9278

Jenna Fahey
3830 Lakewood Parkway E
#3023
Phoenix, AZ 85048
Tel:  (602) 384-3215

Lance Venable
Venable, Campillo, Logan & Meaney, P.C.
1938 East Osborn Rd.
Phoenix, AZ  85016
Tel: (602) 631-9100

Larry Heimer
2211 W. Northern Avenue
Phoenix, Arizona 85021
Tel:  (602) 433-2727

Mathew Wells
Cross Keys Capital, LLC
200 S. Andrews Avenue
Suite 504
Ft. Lauderdale, FL  33301
Tel:  (561) 306-2935

Vincent Hormovitis
16530 Via Esprillo/MZ:7330
San Diego, CA  92127
Tel:  (858) 942-7988

Chris Soyars
2815 NW 13th Street, Suite 202
Gainesville, FL 32609
Tel:  (877) 524-1154

Larry McFarland
9720 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90212
Tel:  (310) 777-3750

Steve Izareta
14901 Bogle Drive, Suite 300
Chantilly, VA 20151

James Dvorak
575 7th Street, NW
Washington, DC 20004
Tel:  (202) 344-4458

Dave Fischer
16530 Via Esprillo/MZ: 7330
San Diego, CA  92127
Tel:  (858) 942-7988

Jeff Glaus
3813 S River Drive
Tempe, Arizona 85282
Tel:  (480) 227-7144

Stan Smith
1165 North Clark St.
Chicago, IL 60610

Tel:  (312) 943-1551
Jesse Lindmar
3975 University Dr.
Suite 225
Fairfax, VA 22030
Tel:  (703) 359-0700

Danielle Didio
14901 Bogle Drive, Suite 300
Chantilly, VA 20151
Tel:  (800) 695-7536

Stuart Bennett
14901 Bogle Drive, Suite 300
Chantilly, VA 20151
Tel:  (800) 695-7536

Neal Dittersdorf
14901 Bogle Drive, Suite 300
Chantilly, VA 20151
Tel:  (800) 695-7536

Madalyn Behneman
14901 Bogle Drive, Suite 300
Chantilly, VA 20151
Tel:  (800) 695-7536

Marc Sherman
Fairfax Square Tower I
8065 Leesburg Pike
Suite 310
Vienna, VA 22182

Michael Stanfield
14901 Bogle Drive, Suite 300
Chantilly, VA 20151
Tel:  (800) 695-7536

Matthew Leberer
1523 W Remington Ct
Chandler, AZ 85286
Tel: (480) 899-7690

Sheila Snyder
c/o Kevin L. Burns, Esq.
3033 North Central Avenue, Suite 555
Phoenix, AZ 85003-1724
Tel:  (602) 264-5555

Keith Jenkins
7530 E. Earl Drive, 55
Scottsdale, AZ 85251

Jason Wood
14901 Bogle Drive, Suite 300
Chantilly, VA 20151
Tel:  (800) 695-7536

John Scanlon
14901 Bogle Drive, Suite 300
Chantilly, VA 20151
Tel:  (800) 695-7536

Ross Volk
10 Rustic Ridge
Randolph, NJ 07869
Tel:  (973) 442-1561

Barbara Davis
3911 NW 23rd Dr
Gainesville, FL 32605
Tel:  (352) 262-8724

Steve thrush
8150 East Crestwood Way
Scottsdale  AZ 85250
Tel:  (602) 819-2985

Lucas J Joyce
7777 E Main Street
Unit 144
Scottsdale AZ 85251
Tel:  (602) 400-8506


Dated this 17th Day of December, 2009.

Respectfully Submitted,

JOSEPH C. LOOMIS and JENNI M. LOOMIS
By Counsel

_____/s/_____

Thomas M. Dunlap (VSB No. 44016)
Ellis Bennett (VSB No. 71685)
Phillip C. Chang (VSB No. 75741)
DUNLAP, GRUBB & WEAVER, PLLC
199 Liberty Street, SW
Leesburg, Virginia 20175
703-777-7319
703-777-3656 (fax)
tdunlap@dglegal.com
ebennett@dglegal.com
pchang@dglegal.com
*Counsel for the Defendant*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 17th day of December 2009, a true and correct copy of the

foregoing Trial Witness List was filed and served using the Court's CM/ECF system, which will

then send a notice of electronic filing (NEF) to the following counsel of record for the Plaintiffs:

> Tara Lee (VSB No. 71594)
> Ryan C. Berry (VSB No. 67956)
> DLA PIPER LLP (US)
> 1775 Wiehle Avenue, Ste. 400
> Reston, Virginia 20190
> Telephone:  703-773-4000
> Facsimile:  703-773-5000
> tara.lee@dlapiper.com
> ryan.berry@dlapiper.com
> *Counsel for Plaintiffs*

And I hereby certify that I will electronically mail the documents to the following non-filing users:

> David Clarke (admitted *pro hac vice*)
> Michelle J. Dickinson (admitted *pro hac vice*)
> Melissa R. Roth (admitted *pro hac vice*)
> DLA PIPER LLP (US)
> 6225 Smith Avenue
> Baltimore, Maryland 21209
> Telephone:  410-580-3000
> Facsimile:  410-580-3001
> david.clarke@dlapiper.com
> michelle.dickinson@dlapiper.com
> melissa.roth@dlapiper.com
> *Counsel for Plaintiffs*

> _____/s/_____
> Phillip C. Chang (VSB No. 75741)
> DUNLAP, GRUBB & WEAVER, PLLC
> 199 Liberty Street, SW
> Leesburg, Virginia 20175
> 703-777-7319
> 703-777-3656 (fax)
> pchang@dglegal.com
> *Counsel for the Defendants*