**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| Intersections Inc. and Net Enforcers, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Joseph C. Loomis and Jenni M. Loomis, <br><br> Defendants. | Civil Action No. 1:09CV597 (LMB/TCB) |

**PLAINTIFFS' MOTION FOR SANCTIONS
AGAINST DEFENDANT JOSEPH C. LOOMIS
DUE TO HIS INTENTIONAL DESTRUCTION OF EVIDENCE**

Plaintiffs Intersections Inc. and Net Enforcers, Inc. (collectively, "Plaintiffs"), for the reasons stated in the accompanying Memorandum of Law, respectfully move this Court for entry of an Order (1) granting Plaintiffs a default judgment against Defendant Joseph C. Loomis for all claims asserted by Plaintiffs against him, (2) dismissing Defendant Joseph C. Loomis' counterclaims against Plaintiffs with prejudice, (3) awarding Plaintiffs their attorneys' fees and costs incurred in bringing this Motion, and (4) granting such other and further relief the Court deems proper.

Dated: January 13, 2010                Respectfully submitted,

                                       By:     /s/
                                           Tara Lee (Virginia Bar No. 71594)
                                           Ryan C. Berry (Virginia Bar No. 67956)
                                           Attorneys for Plaintiffs
                                           DLA PIPER LLP (US)
                                           1775 Wiehle Avenue, Suite 400
                                           Reston, Virginia 20190
                                           Telephone: 703.773.4000
                                           Facsimile: 703.773.5000
                                           Tara.Lee@dlapiper.com
                                           Ryan.Berry@dlapiper.com

David Clarke (admitted *pro hac vice*)
Michelle J. Dickinson (admitted *pro hac vice*)
Melissa R. Roth (admitted *pro hac vice*)
Attorneys for Plaintiffs
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, Maryland 21209
Telephone: 410.580.3000
Facsimile: 410.580.3001
David.Clarke@dlapiper.com
Michelle.Dickinson@dlapiper.com
Melissa.Roth@dlapiper.com

*Attorneys for Plaintiffs*
*Intersections Inc. and Net Enforcers, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of January, 2010, I will electronically file the foregoing Plaintiffs' Motion for Sanctions Against Defendant Joseph C. Loomis Due To His Intentional Destruction of Evidence with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Thomas M. Dunlap, Esquire
>Email: tdunlap@dglegal.com
>David Ludwig, Esquire
>Email: dludwig@dglegal.com
>Dunlap, Grubb & Weaver P.C.
>199 Liberty Street, S.W.
>Leesburg, Virginia 20175
>
>*Counsel for Defendants Joseph C. Loomis and Jenni M. Loomis*

>　　　／s／
>Tara Lee
>Virginia bar number 71594
>Attorney for Plaintiffs
>DLA PIPER LLP (US)
>1775 Wiehle Avenue, Suite 400
>Reston, Virginia 20190-5159
>Phone: (703) 773-4150
>Facsimile: (703) 773-5000
>tara.lee@dlapiper.com