UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| Intersections, Inc.,<br><br>        Plaintiff,<br><br>v.<br><br>Joseph C. Loomis, et al.,<br><br>        Defendant. | Case No. 1:09cv597 (LMB/TCB) |

**NOTICE OF FILING BANKRUPTCY OF JOSEPH C. LOOMIS**

PLEASE TAKE NOTICE that on January 26, 2010, Joseph C. Loomis filed a voluntary petition under Chapter 11 of the Bankruptcy Code, 11 U.S.C. §301, in the United States Bankruptcy for the District of Arizona, Case No. 2:10-BK-01885.

Dated this 26th day of January, 2010.

                                        /s/_____
                                        Timothy J. McEvoy, VSB No. 33277
                                        CAMERON MCEVOY, PLLC
                                        11325 Random Hills Road, Suite 200
                                        Fairfax, Virginia 22030
                                        (703) 273-8898
                                        (703) 273-8897 (Facsimile)
                                        tmcevoy@cameronmcevoy.com
                                        Counsel for Defendant, Joseph C. Loomis

CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January, 2010, I have filed a true and correct copy of the foregoing with the Clerk of Court via the CM/ECF efiling system which will send notification of this filing to the following counsel of record:

Tara Lee, Esquire
Ryan C. Berry, Esquire
DLA Piper LLP
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Counsel for Plaintiffs

David Clarke, Esquire
Michelle J. Dickinson, Esquire
Melissa R. Roth, Esquire
DLA Piper LLP
6225 Smith Avenue
Baltimore, Maryland 21209
Counsel for Plaintiffs

Thomas M. Dunlap, Esquire
Dunlap, Grubb & Weaver, P.C.
199 Liberty Street, S.W.
Leesburg, Virginia 20175
Counsel for Defendants

/s/
Timothy J. McEvoy, VSB No. 33277
CAMERON MCEVOY, PLLC
11325 Random Hills Road, Suite 200
Fairfax, Virginia 22030
(703) 273-8898
(703) 273-8897 (Facsimile)
tmcevoy@cameronmcevoy.com
Counsel for Defendant, Joseph C. Loomis

11325 Random Hills Road, Suite 200, Fairfax, Virginia 22030
TEL 703.273.8898    FAX 703.273.8897

Cameron McEvoy PLLC