```
             UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF VIRGINIA
                    Alexandria Division


INTERSECTIONS INC., et al.,      )
                                 )
      Plaintiffs,                )
                                 )
   v.                            ) Civil Action No. 1:09cv597
                                 )
JOSEPH C. LOOMIS, et al.,        )
                                 )
      Defendants.                )
```

ORDER

THIS MATTER came before the Court on plaintiff's Motion for Leave to File a Replacement Memorandum of Law (Dkt. 108).

UPON CONSIDERATION thereof, it is hereby

ORDERED that plaintiff's Motion is GRANTED.

ENTERED this 16th day of February, 2010.

                                                                     /s/
                                        THERESA CARROLL BUCHANAN
                                        UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia