IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

INTERSECTIONS, INC., et al, )
)
    Plaintiffs, )
)
v. ) 1:09cv597(LMB/TCB)
)
JOSEPH C. LOOMIS, et al, )
)
    Defendants. )
)

ORDER

For the reasons stated in open court, plaintiffs' Motion to Stay Action as to Jenni Loomis [111] is GRANTED, and it is hereby

ORDERED that this action be and is stayed in all respects for ninety days, and it is further

ORDERED that the trial scheduled for March 1, 2010 be and is cancelled, and it is further

ORDERED that by close of business May 20, 2010, the parties file a report advising the Court of the status of this action.

The Clerk is directed to forward copies of this Order to counsel of record and pro se defendant Joseph Loomis.

Entered this 19th day of February, 2010.

Alexandria, Virginia

                                                /s/
                                       Leonie M. Brinkema
                                       United States District Judge