# Exhibit 1

**IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.**

The party obtaining this order is responsible for
noticing it pursuant to Local Rule 9022-1.

**Dated: May 05, 2010**



_____
**RANDOLPH J. HAINES
U.S. Bankruptcy Judge**
_____

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Joseph Charles Loomis,<br><br>Debtor.<br><br>Intersections Inc. and Net Enforcers, Inc.<br><br>Movants,<br><br>v.<br><br>Joseph C. Loomis,<br><br>Respondent. | Case No. 2:10-bk-01885-RJH<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION OF INTERSECTIONS INC. AND NET ENFORCERS, INC. FOR LIMITED RELIEF FROM AUTOMATIC STAY** |

Upon consideration of the *Motion for Order Granting Limited Relief from Automatic Stay* (the "**Motion**") [Docket No. 42] filed by Intersections Inc. and Net Enforcers, Inc. (collectively, the "**Movants**"); and the Court having reviewed and considered the Motion and all responsive pleadings filed by Joseph Charles Loomis (the "**Debtor**") and having conducted a hearing on the Motion on April 26, 2010; and it appearing that the automatic stay imposed by 11 U.S.C. § 362 should be modified to permit the Movants to continue to prosecute in the United States District Court for the Eastern District of Virginia the action styled *Intersections Inc. and Net Enforcers, Inc. v. Joseph C. Loomis and Jenni M. Loomis*, Case No. 1:09CV597 (LMB/TCB) (the "**Virginia Litigation**"), for the limited purpose of seeking a declaration as to the enforceabililty of the

-2-

settlement of the Virginia Litigation; and after due deliberation, and sufficient cause appearing for the relief requested in the Motion, it is ORDERED as follows:

1. The Motion is hereby GRANTED.

2. The automatic stay imposed by 11 U.S.C. § 362 is hereby modified to permit the Movants to continue to prosecute the Virginia Litigation for the limited purpose of seeking a declaration as to the issue of whether there was a settlement that is enforceable against the Debtor.

3. The terms and conditions of this Order shall remain in full force and effect upon the conversion of the Debtor's bankruptcy case to any other chapter of the United States Bankruptcy Code. In addition, the terms and conditions of this Order shall be binding upon the Debtor, his successors and assigns and any trustee subsequently appoint in the Debtor's bankruptcy case.

4. The Court shall retain jurisdiction over any matter arising from or relating to the implementation of this Order.

DATED AND SIGNED ABOVE

-2-

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0970–2 | User: murillos | Date Created: 5/6/2010 |
| Case: 2:10–bk–01885–RJH | Form ID: pdf004 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty    ALLISON L. KIERMAN    allison.kierman@dlapiper.com
aty    GERALD K. SMITH    gerald@smithandsmithpllc.com
aty    TIMOTHY JOSEPH MCEVOY    tmcevoy@cameronmcevoy.com

                                                                                                    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Joseph Charles Loomis    4939 W. Ray Road    #4–151    Chandler, AZ 85226

                                                                                                    TOTAL: 1

FORM ntcntry

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

Joseph Charles Loomis
4939 W. Ray Road
#4–151
Chandler, AZ 85226
**SSAN:** xxx–xx–2183
**EIN:**

Debtor(s)

Case No.: 2:10–bk–01885–RJH

Chapter: 11

## NOTICE OF ENTRY OF JUDGMENT OR ORDER

You are hereby notified that on May 6, 2010, this Court entered the enclosed judgment or order on the docket for the above–entitled proceeding.

I hereby certify that on this date a copy of this notice and the judgment or order were sent to the Bankruptcy Noticing Center for mailing to the parties and the U.S. Trustee.

**Date: May 6, 2010**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**Brian D. Karth**

# Notice Recipients

District/Off: 0970–2         User: murillos          Date Created: 5/6/2010
Case: 2:10–bk–01885–RJH      Form ID: ntcntry        Total: 4

**Recipients of Notice of Electronic Filing:**
aty     ALLISON L. KIERMAN          allison.kierman@dlapiper.com
aty     GERALD K. SMITH             gerald@smithandsmithpllc.com
aty     TIMOTHY JOSEPH MCEVOY       tmcevoy@cameronmcevoy.com

                                                                    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Joseph Charles Loomis    4939 W. Ray Road    #4–151    Chandler, AZ 85226

                                                                    TOTAL: 1