IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| INTERSECTIONS, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | 1:09cv597 (LMB/TCB) |
| v. ) | |
| ) | |
| JOSEPH C. LOOMIS, et al., ) | |
| ) | |
| Defendants. ) | |

FILED
JUN 17 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## O R D E R

As the parties' Status Report makes clear, the March 1, 2010 trial of this case was cancelled after the Court was advised that this civil action had settled. Plaintiffs contend that an enforceable settlement was reached, however, defendant Joseph C. Loomis, who filed for bankruptcy protection shortly after the alleged settlement was reached, disputes that conclusion. Co-defendant, Jenni M. Loomis, also appears to be pulling away from the alleged settlement arguing that her brother's bankruptcy materially changes her liability and that she had not considered such a material change of circumstance when she participated in the settlement process.

On April 26, 2010, the bankruptcy court granted partial relief from the automatic stay solely to determine the enforceability of the settlement. The parties have requested in their Status Report that the Court set a briefing schedule and an evidentiary hearing to determine the enforceability of the

settlement agreement.

Finding that the parties have had several weeks to prepare their positions on this settlement issue, it is hereby

ORDERED that the parties file their affirmative briefs presenting any exhibits supporting their positions by June 30, 2010. Opposition briefs with any supporting exhibits are due by July 14, 2010 and any reply briefs must be filed by July 19, 2010, and it is further

ORDERED that the parties contact Judge Buchanan's chambers within ten (10) days of the date of this Order to set a date for an evidentiary hearing before Judge Buchanan, who will prepare a Report and Recommendation for this Court.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 17th day of June, 2010.

Alexandria, Virginia

/s/ 
Leonie M. Brinkema
United States District Judge

2