IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Intersections Inc. and Net Enforcers, Inc., | |
| Plaintiffs, | Civil Action No. 1:09CV597 (LMB/TCB) |
| v. | **FILED UNDER SEAL** |
| Joseph C. Loomis and Jenni M. Loomis, | |
| Defendants. | |

**MEMORANDUM IN OPPOSITION TO PLAINTIFFS'**
**MOTION TO ENFORCE PURPORTED SETTLEMENT**

**FILED UNDER SEAL**

Respectfully submitted,

/s/
Timothy J. McEvoy, VSB No. 33277
CAMERON McEVOY, PLLC
11325 Random Hills Road, Suite 200
Fairfax, Virginia 22030
(703) 273-8898
(703) 273-8897 (Facsimile)
tmcevoy@cameronmcevoy.com
Counsel for Defendant Joseph C. Loomis

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July, 2010, I have filed a true and correct copy of the foregoing with the Clerk of Court via the CM/ECF efiling system which will send notification of this filing to the following counsel of record:

Tara Lee, Esquire
Ryan C. Berry, Esquire
DLA Piper LLP
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Counsel for Plaintiffs

David Clarke, Esquire
Michelle J. Dickinson, Esquire
Melissa R. Roth, Esquire
DLA Piper LLP
6225 Smith Avenue
Baltimore, Maryland 21209
Counsel for Plaintiffs

Eugene Walter Policastri, Esquire
Bromberg Rosenthal LLP
401 North Washington Street, Suite 500
Rockville, Maryland 20850
Counsel for Defendant Jenni Loomis

/s/
Timothy J. McEvoy, VSB No. 33277
CAMERON MCEVOY, PLLC
11325 Random Hills Road, Suite 200
Fairfax, Virginia 22030
(703) 273-8898
(703) 273-8897 (Facsimile)
tmcevoy@cameronmcevoy.com
Counsel for Defendant, Joseph C. Loomis