UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| Intersections, Inc., et al.<br><br>        Plaintiff,<br><br>        v.<br><br>Joseph C. Loomis, et al.,<br><br>        Defendant. | Case No. 1:09cv597 (LMB/TCB) |

## MOTION FOR RECUSAL AND OBJECTION TO
## MODE OF PROCEDURE FOR REPORT AND RECOMMENDATION

Comes now Joseph C. Loomis ("Mr. Loomis"), by counsel, and files this Motion for Recusal and Objection to Mode of Procedure for Report and Recommendation, and in support thereof, respectfully directs the Court to the accompanying Memorandum in Support of this Motion.

Respectfully submitted,

/s/_____
Timothy J. McEvoy, VSB No. 33277
CAMERON MCEVOY, PLLC
11325 Random Hills Road, Suite 200
Fairfax, Virginia 22030
(703) 273-8898
(703) 273-8897 (Facsimile)
tmcevoy@cameronmcevoy.com
Counsel for Defendant Joseph C. Loomis

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July, 2010, I have filed a true and correct copy of the foregoing with the Clerk of Court via the CM/ECF efiling system which will send notification of this filing to the following counsel of record:

Tara Lee, Esquire
Ryan C. Berry, Esquire
DLA Piper LLP
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Counsel for Plaintiffs

David Clarke, Esquire
Michelle J. Dickinson, Esquire
Melissa R. Roth, Esquire
DLA Piper LLP
6225 Smith Avenue
Baltimore, Maryland 21209
Counsel for Plaintiffs

Eugene Walter Policastri, Esquire
Bromberg Rosenthal LLP
401 North Washington Street, Suite 500
Rockville, Maryland 20850
Counsel for Defendant Jenni Loomis

/s/
Timothy J. McEvoy, VSB No. 33277
CAMERON MCEVOY, PLLC
11325 Random Hills Road, Suite 200
Fairfax, Virginia 22030
(703) 273-8898
(703) 273-8897 (Facsimile)
tmcevoy@cameronmcevoy.com
Counsel for Defendant Joseph C. Loomis