**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| Intersections Inc. and Net Enforcers, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Joseph C. Loomis and Jenni M. Loomis, <br><br> Defendants. | Civil Action No.  1:09CV597 (LMB/TCB) |

**PLAINTIFFS' MOTION TO DISQUALIFY
EMIL W. HERICH AND KEATS MCFARLAND & WILSON LLP FROM
APPEARING AS COUNSEL ON BEHALF OF DEFENDANT JOSEPH C. LOOMIS**

Plaintiffs Intersections Inc. and Net Enforcers, Inc., by counsel, for the reasons stated in the accompanying Memorandum, respectfully move this Court for entry of an Order disqualifying Emil W. Herich and Keats McFarland & Wilson LLP from appearing as counsel on behalf of Defendant Joseph C. Loomis.

Dated:  August 20, 2010

Respectfully submitted,

By:   /s/
Ryan C. Berry (Virginia Bar No. 67956)
Tara Lee (Virginia Bar No. 71594)
Attorneys for Plaintiffs
DLA PIPER LLP (US)
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Telephone:  703.773.4000
Facsimile:   703.773.5000
Ryan.Berry@dlapiper.com
Tara.Lee@dlapiper.com

EAST\43211002.1

                                                                                        2

David Clarke (admitted *pro hac vice*)
Michelle J. Dickinson (admitted *pro hac vice*)
Melissa R. Roth (admitted *pro hac vice*)
Attorneys for Plaintiffs
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, Maryland 21209
Telephone:  410.580.3000
Facsimile:    410.580.3001
David.Clarke@dlapiper.com
Michelle.Dickinson@dlapiper.com
Melissa.Roth@dlapiper.com

*Attorneys for Plaintiffs
Intersections Inc. and Net Enforcers, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of August, 2010, I will electronically file the foregoing Plaintiffs' Motion to Disqualify Emil W. Herich and Keats McFarland & Wilson LLP From Appearing as Counsel on Behalf of Defendant Joseph C. Loomis with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Timothy J. McEvoy
> Cameron McEvoy, PLLC
> 11325 Random Hills Road
> Suite 200
> Fairfax , VA 22030
> Email: tmcevoy@cameronmcevoy.com
>
> *Counsel for Defendant Joseph C. Loomis*
>
> Eugene W. Policastri
> Bromberg Rosenthal LLP
> 401 N. Washington St., Suite 500
> Rockville, MD  20850
> Email:  ewpolicastri@brsglaw.com
>
> *Counsel for Defendant Jenni M. Loomis*

I also hereby certify that on the 20th day of August, 2010, I will serve the foregoing Plaintiffs' Motion to Disqualify Emil W. Herich and Keats McFarland & Wilson LLP From Appearing as Counsel on Behalf of Defendant Joseph C. Loomis by electronic mail and United States mail, postage prepaid, upon:

> Emil W. Herich
> Keats McFarland & Wilson LLP
> 9720 Wilshire Boulevard, Penthouse Suite
> Beverly Hills, California 90212
> Email:  eherich@kmwlaw.com
>
> *Counsel for Defendant Joseph C. Loomis*

>                             /s/
> Ryan C. Berry (Virginia Bar No. 67956)
> Attorney for Plaintiffs
> DLA PIPER LLP (US)
> 1775 Wiehle Avenue, Suite 400
> Reston, Virginia 20190-5159
> Phone: (703) 773-4150
> Facsimile: (703) 773-5000

EAST\43211002.1