IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Intersections Inc. and Net Enforcers, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Joseph C. Loomis and Jenni M. Loomis, <br><br> Defendants. | Civil Action No. 1:09CV597 (LMB/TCB) |

**MOTION REQUESTING CONTINUANCE OF HEARING ON PLAINTIFFS' MOTION TO DISQUALIFY EMIL W. HERICH AND KEATS, McFARLAND & WILSON, LLP AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7(E)**

COMES NOW Defendant Joseph C. Loomis ("Loomis" or "Defendant"), by counsel, and moves this Honorable Court to continue the August 27, 2010, hearing on Plaintiffs' Motion to Disqualify Emil W. Herich and Keats, McFarland & Wilson, LLP. Defendant's reasons are set forth in his contemporaneously filed Memorandum in Support of His Motion Requesting Continuance of Hearing on Plaintiffs' Motion to Disqualify Emil W. Herich and Keats, McFarland & Wilson, LLP.

WHEREFORE, for the foregoing reasons, Defendant Joseph C. Loomis respectfully requests that this Court continue the August 27, 2010, hearing on Plaintiffs' Motion to Disqualify Emil W. Herich and Keats, McFarland & Wilson, LLP to a date certain and grant such other relief as deemed just and proper, including but not limited to the recovery of Mr. Loomis' fees and costs associated with this motion to continue.

1

## CERTIFICATION OF COMPLIANCE TO LOCAL RULE 7(E)

On August 25, 2010, counsel for Defendant (Timothy J. McEvoy) separately called Plaintiffs' counsel Michelle Dickinson and David Clark, Jr. and emailed Ms. Dickinson, Ryan Berry and Melissa Roth at approximately 10:27 a.m. Mr. McEvoy and Ms. Dickinson later spoke and were not able to resolve their differences.

Respectfully submitted,

/s/
Timothy J. McEvoy, VSB No. 33277
CAMERON MCEVOY, PLLC
11325 Random Hills Road, Suite 200
Fairfax, Virginia 22030
(703) 273-8898
(703) 273-8897 (Facsimile)
tmcevoy@cameronmcevoy.com
*Attorney for Defendant*
*Joseph C. Loomis*


Emil W. Herich, *pro hac vice*
LAW OFFICES OF EMIL W. HERICH ESQ.
9720 Wilshire, Blvd., Penthouse Suite
Beverly Hills, California 90212
(310) 777-3730
(310) 860-0363 (Facsimile)
*Attorney for Defendant*
*Joseph C. Loomis*

Cameron McEvoy PLLC — 11325 Random Hills Road, Suite 200, Fairfax, Virginia 22030   TEL 703.273.8898   FAX 703.273.8897

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of August, 2010, I have filed a true and correct copy of the foregoing with the Clerk of Court via the CM/ECF efiling system which will send notification of this filing to the following counsel of record:

Tara Lee, Esquire
Ryan C. Berry, Esquire
DLA Piper LLP
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Counsel for Plaintiffs

David Clarke, Esquire
Michelle J. Dickinson, Esquire
Melissa R. Roth, Esquire
DLA Piper LLP
6225 Smith Avenue
Baltimore, Maryland 21209
Counsel for Plaintiffs

Eugene Walter Policastri, Esquire
Bromberg Rosenthal LLP
401 North Washington Street, Suite 500
Rockville, Maryland 20850
Counsel for Defendant Jenni Loomis

/s/_____
Timothy J. McEvoy, VSB No. 33277
CAMERON MCEVOY, PLLC
11325 Random Hills Road, Suite 200
Fairfax, Virginia 22030
(703) 273-8898
(703) 273-8897 (Facsimile)
tmcevoy@cameronmcevoy.com
*Counsel for Defendant*
*Joseph C. Loomis*