UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Intersections, Inc., et al.

        Plaintiffs,

    v.

Joseph C. Loomis, et al.,

        Defendants.

Case No. 1:09cv597 (LMB/TCB)

## DEFENDANT'S MOTION FOR RECONSIDERATION OF ORDER DISQUALIFYING EMIL W. HERICH AND KEATS, McFARLAND & WILSON, LLP AS COUNSEL OF RECORD

Defendant Joseph C. Loomis, by counsel, for the reasons stated in the accompanying Memorandum, respectfully moves this Court for reconsideration of an order entered on or about September 3, 2010, disqualifying Emil W. Herich and Keats McFarland & Wilson, LLP from appearing as counsel on behalf of Defendant Joseph C. Loomis.

While Defendant has noted a hearing on this motion for Friday, September 17, 2010, he does not object to the Court ruling on the papers.

### LR 7(E) Certification

The undersigned counsel certifies that he contacted opposing counsel in an attempt to confer on the issues of this Motion.

Dated: September 10, 2010.

                          Respectfully submitted,

                          /s/
                          Timothy J. McEvoy, VSB No. 33277
                          CAMERON MCEVOY, PLLC
                          11325 Random Hills Road, Suite 200
                          Fairfax, Virginia 22030
                          (703) 273-8898
                          (703) 273-8897 (Facsimile)
                          tmcevoy@cameronmcevoy.com
                          *Counsel for Defendant Joseph C. Loomis*

Cameron McEvoy PLLC · 11325 Random Hills Road, Suite 200, Fairfax, Virginia 22030 · TEL 703.273.8898 · FAX 703.273.8897

11325 Random Hills Road, Suite 200, Fairfax, Virginia 22030  TEL 703.273.8898  FAX 703.273.8897

Cameron McEvoy PLLC

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of September, 2010, I have filed a true and correct copy of the foregoing with the Clerk of Court via the CM/ECF efiling system which will send notification of this filing to the following counsel of record:

Tara Lee, Esquire
Ryan C. Berry, Esquire
DLA Piper LLP
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Counsel for Plaintiffs

David Clarke, Esquire
Michelle J. Dickinson, Esquire
Melissa R. Roth, Esquire
DLA Piper LLP
6225 Smith Avenue
Baltimore, Maryland 21209
Counsel for Plaintiffs

Eugene Walter Policastri, Esquire
Bromberg Rosenthal LLP
401 North Washington Street, Suite 500
Rockville, Maryland 20850
Counsel for Defendant Jenni Loomis

/s/
Timothy J. McEvoy, VSB No. 33277
CAMERON MCEVOY, PLLC
11325 Random Hills Road, Suite 200
Fairfax, Virginia 22030
(703) 273-8898
(703) 273-8897 (Facsimile)
tmcevoy@cameronmcevoy.com
*Counsel for Defendant, Joseph C. Loomis*

2