UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

FILED
SEP 15 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Intersections, Inc., et al.

    Plaintiff,

v.

Joseph C. Loomis, et al.,

    Defendant.

Case No. 1:09cv597 (LMB/TCB)

## CONSENT ORDER

Came this day the parties, Plaintiffs Intersections, Inc. and Net Enforcers, Inc. and Defendant Joseph C. Loomis, by their respective counsel, and jointly moved the Court to continue the hearing on the Motion for Reconsideration of the Court's September 3, 2010, Order Disqualifying Emil W. Herich and Keats, McFarland & Wilson LLP as Counsel of Record (the "Order") filed by Defendant Joseph C. Loomis from September 17, 2010 to a date certain. Whereas the parties have agreed to the entry of this consent order, as evidenced by their signatures hereto, and whereas the Court finds that there is good cause to grant this consent motion, it is hereby

ORDERED that the hearing on the Motion for Reconsideration of Order Disqualifying Emil W. Herich and Keats, McFarland & Wilson LLP is continued to September 24, 2010.

ENTERED this 15TH day of September, 2010.

/s/
Theresa Carroll Buchanan
Hon. Theresa Carroll Buchanan
United States Magistrate Judge

Alexandria, Virginia.

1

WE ASK FOR THIS:

_____
Timothy J. McEvoy, VSB No. 33277
CAMERON MCEVOY, PLLC
11325 Random Hills Road, Suite 200
Fairfax, Virginia 22030
(703) 273-8898
tmcevoy@cameronmcevoy.com
Counsel for Defendant, Joseph C. Loomis


_____ BY AUTHORITY OF:
Tara Lee, VSB No. 71594
Ryan C. Berry, VSB No. 67956
DLA Piper LLP
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
(703) 773-4000
Ryan.berry@dlapiper.com
Tara.lee@dlapiper.com
Counsel for Plaintiffs

David Clarke, Esquire
Michelle J. Dickinson, Esquire
Melissa R. Roth, Esquire
DLA Piper LLP
6225 Smith Avenue
Baltimore, Maryland 21209
Counsel for Plaintiffs