UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Intersections, Inc., et al.,

    Plaintiff,

v.

Joseph C. Loomis, et al.,

    Defendant.

Case No. 1:09cv597 (LMB/TCB)

**OBJECTIONS TO MAGISTRATE JUDGE'S ORDER
ON MOTION FOR RECUSAL AND OBJECTION TO MODE
OF PROCEDURE FOR REPORT AND RECOMMENDATION**

Comes now Defendant Joseph C. Loomis, by counsel, and lodges this objection to the Order of the Hon. Theresa C. Buchanan denying the motion to recuse herself (Docket No. 196). Defendant has previously argued, in connection with the merits of the enforceability of the settlement, that Magistrate Judge Buchanan should not have been involved in the adjudication of that issue. Defendant lodges this appeal for purposes of completeness of the record. As and for his grounds, Defendant adopts and incorporates herein the arguments set forth in Docket No. 152 (Memorandum in Support of Motion for Recusal and Objection to Mode of Procedure for Report and Recommendation).

Respectfully submitted,

/s/
Timothy J. McEvoy, VSB No. 33277
CAMERON MCEVOY, PLLC
11325 Random Hills Road, Suite 200
Fairfax, Virginia 22030
(703) 460-9345 (Direct)
(703) 273-8898 (Main)
(703) 273-8897 (Facsimile)
tmcevoy@cameronmcevoy.com
Counsel for Defendant, Joseph C. Loomis

# CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October, 2010, I have filed a true and correct copy of the foregoing with the Clerk of Court via the CM/ECF efiling system which will send notification of this filing to the following counsel of record:

Tara Lee, Esquire
Ryan C. Berry, Esquire
DLA Piper LLP
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Counsel for Plaintiffs

David Clarke, Esquire
Michelle J. Dickinson, Esquire
Melissa R. Roth, Esquire
DLA Piper LLP
6225 Smith Avenue
Baltimore, Maryland 21209
Counsel for Plaintiffs

Eugene Walter Policastri, Esquire
Bromberg Rosenthal LLP
401 North Washington Street, Suite 500
Rockville, Maryland 20850
Counsel for Defendant Jenni Loomis

/s/
Timothy J. McEvoy, VSB No. 33277
CAMERON MCEVOY, PLLC
11325 Random Hills Road, Suite 200
Fairfax, Virginia 22030
(703) 460-9345 (Direct)
(703) 273-8898 (Main)
(703) 273-8897 (Facsimile)
tmcevoy@cameronmcevoy.com
Counsel for Defendant, Joseph C. Loomis

2