Date: 10/29/10

Start: 10:18
Finish: 10:29

Judge: Brinkema
Reporter: Thomson

Civil Action Number: 1:09cv597

Intersections Inc, et al _____ vs. Joseph C. Loomis et al

Appearances of Counsel for (✓) Pltf (✓) Deft
( ) Matter is uncontested
Motion to/for:

A Motion for Reconsideration
_____
_____
_____
_____
_____

Argued &
( ) Granted ( ) Denied ( ) Granted in part/Denied in part
(✓) Taken Under Advisement ( ) Continued to
_____
_____
_____
_____
_____
_____
_____

( ) Report and Recommendation to Follow
( ) Order to Follow