IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

NOV - 3 2010

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| INTERSECTIONS, INC. <u>et al</u>.  )   )   Plaintiffs,    )   )   v.     )   )   JOSEPH C. LOOMIS, JENNI M. LOOMIS,  )   )   Defendants.   ) | 1:09cv597(LMB/TCB) |

<u>ORDER</u>

For the reasons stated in open court and in the accompanying Memorandum Opinion, defendant Joseph C. Loomis's Motion for Reconsideration re: Magistrate Judge Buchanan's Report and Recommendation [Dkt. No. 201] and defendant Jenni M. Loomis's Objection to Magistrate Judge's Report and Recommendation [Dkt. No. 202] are hereby GRANTED, plaintiffs' Motion to Enforce Settlement Agreement [Dkt. No. 131] is DENIED, and defendant Joseph C. Loomis's Objections to Magistrate Judge's Order on Motion for Recusal [Dkt. No. 206] and Motion for Reconsideration of Magistrate Judge's Decision on Disqualification of Counsel [Dkt. No. 195] are DENIED AS MOOT, and it is hereby

ORDERED that the January 14, 2010 settlement agreement is set aside as unenforceable; and it is further

ORDERED that within fourteen (14) days the parties inform the Court as to whether the United States Bankruptcy Court for

the District of Arizona has lifted the stay to allow for the trial of this civil action.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 3rd day of November, 2010.

/s/
Leonie M. Brinkema
United States District Judge

Alexandria, Virginia