

**DLA Piper LLP (US)**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland  21209-3600
www.dlapiper.com

Michelle J. Dickinson
michelle.dickinson@dlapiper.com
T   410.580.4137
F   410.580.3137

November 17, 2010
BY ELECTRONIC CASE FILING

Honorable Leonie M. Brinkema
United States Judge
United States District Court for the Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

    **Re:**    *Intersections Inc. and Net Enforcers, Inc. v. Joseph C. Loomis and Jenni M. Loomis*,
              **Case No. 1:09cv597 (LMB/TCB)**

Dear Judge Brinkema:

In its November 3, 2010 Order ("Order") [Docket No. 217] denying Plaintiffs' Motion to Enforce the Settlement Agreement, the Court required the parties to inform it by today's date as to whether the United States Bankruptcy Court for the District of Arizona ("Bankruptcy Court") had lifted the stay so as to allow for the trial of this action.  The parties wish to provide the following joint status update:

On November 8, 2010, Plaintiffs filed a Motion to Lift Stay with the Bankruptcy Court to permit a trial in the U.S. District Court for the Eastern District of Virginia.  Joe Loomis' response to the Motion to Lift Stay is due November 23, 2010.  The parties will inform this Court once the Bankruptcy Court rules on the Plaintiffs' Motion to Lift Stay.

Respectfully,


Michelle J. Dickinson


cc:     The Hon. Theresa C. Buchanan
         Mr. Timothy J. McEvoy, Esq.
         Mr. Eugene W. Policastri, Esq.

EAST\43862186.1