

# Cameron McEvoy
PLLC

**Timothy J. McEvoy**
Attorney at Law
703.460-9341 (Direct)
tmcevoy@cameronmcevoy.com

February 17, 2011

**Via Electronic Case Filing (February 17, 2011)**
**and Hand Delivery (February 18, 2011)**

The Honorable Theresa C. Buchanan
Magistrate Judge
United States District Court
Eastern District of Virginia
Judges Chambers
401 Courthouse Square
Alexandria, Virginia 22314

    Re:    Intersections, Inc., et al. v. Joseph C. Loomis, et al.
            Case No. 1:09cv597

Dear Judge Buchanan:

       With respect to the submissions by Plaintiffs of the Declarations of Tara Lee Concerning Attorneys' Fees and Costs Incurred by Intersections, Inc. and Net Enforcers, Inc. (Docket Nos. 49 and 219), and the Declaration of Declaration of Jonathan D. Frieden as to Reasonableness of Attorneys' Fees and Costs Incurred by Intersections, Inc. and Net Enforcers, Inc. (Docket No. 220), Defendant Joseph Loomis respectfully requests the Court to set a date by which Defendant may file a response to the Plaintiffs' Declarations and further respectfully request that the Court schedule a hearing on this matter.

       Thank you for your courtesy.

                                    Very truly yours,

                                    Timothy J. McEvoy

cc:    Michelle J. Dickinson, Esquire
        Eugene W. Policastri, Esquire