**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

Intersections Inc. and Net Enforcers, Inc.,

      Plaintiffs,

    v.

Joseph C. Loomis and Jenni M. Loomis,

      Defendants.

Civil Action No.  1:09CV597 (LMB/TCB)

**RESPONSE TO MOTION FOR LEAVE TO FILE EXHIBITS**
**UNDER SEAL AND TO REDACT MEMORANDUM**

Plaintiffs Intersections, Inc. ("Intersections") and Net Enforcers, Inc. ("NEI" and, with Intersections, "Plaintiffs") submit this Response to Motion for Leave to File Exhibits Under Seal and to Redact Memorandum filed by Defendant Joseph C. Loomis ("Loomis").  Plaintiffs have no objection to the sealing of Exhibits Q and R to Loomis' Memorandum in Opposition to Plaintiffs' Motion for Sanctions (the "Memorandum") and the redacting of any quotations of those documents in the Memorandum.

Dated: March 1, 2011

Respectfully submitted,

By: _____/s/_____
    Tara Lee (Virginia Bar No. 71594)
    Ryan C. Berry (Virginia Bar No. 67956)
    Attorneys for Plaintiffs
    DLA PIPER LLP (US)
    1775 Wiehle Avenue, Suite 400
    Reston, Virginia 20190
    Telephone:  703.773.4000
    Facsimile:  703.773.5000
    Tara.Lee@dlapiper.com
    Ryan.Berry@dlapiper.com

David Clarke (admitted *pro hac vice*)
Michelle J. Dickinson (admitted *pro hac vice*)
Melissa R. Roth (admitted *pro hac vice*)
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, Maryland 21209
Telephone:  410.580.3000
Facsimile:  410.580.3001
David.Clarke@dlapiper.com
Michelle.Dickinson@dlapiper.com
Melissa.Roth@dlapiper.com

*Attorneys for Plaintiffs*
*Intersections Inc. and Net Enforcers, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of March, 2011, I caused the foregoing Response to

Motion for Leave to File Exhibits Under Seal and to Redact Memorandum to be electronically

filed with the Clerk of the Court using the CMF/ECF system, which will then send a notification

of such filing (NEF) to the following:

> Timothy J. McEvoy
> Cameron McEvoy, PLLC
> 11325 Random Hills Road
> Suite 200
> Fairfax, VA  22030
> E-mail:  tmcevoy@cameronmcevoy.com
>
> *Counsel for Defendant Joseph C. Loomis*

I further certify that I caused the foregoing Response to Motion for Leave to File Exhibits

Under Seal and to Redact Memorandum to be served via overnight mail to the following:

> Jenni M. Loomis
> 212 Esquire Lane
> Cary, NC 27513
> Telephone:  (919) 280-8251
>
> *Pro Se*

> _____
>                /s/
> Tara Lee (Virginia Bar No. 71594)
> Attorney for Plaintiffs
> DLA PIPER LLP (US)
> 1775 Wiehle Avenue, Suite 400
> Reston, Virginia 20190-5159
> Phone:  703.773.4150
> Facsimile:  703.773.5150
> Tara.Lee@dlapiper.com

EAST\44314893.1