```
                UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
                      Alexandria Division


INTERSECTIONS INC., et al.,      )
                                 )
        Plaintiffs,              )
                                 )
   v.                            ) Civil Action No. 1:09cv597
                                 )
JOSEPH C. LOOMIS, et al.,        )
                                 )
        Defendants.              )
```

ORDER

THIS MATTER comes before the Court on defendant's Motion to Vacate Protective Order. (Dkt. 236). Upon consideration of the pleadings and argument of counsel, the Court finds that the Protective Order of October 30, 2009 remains warranted in view of Mr. Loomis' recent efforts to contact plaintiffs' witnesses. It is hereby

ORDERED that defendant's motion is DENIED.

ENTERED this 17th day of March, 2011.

```
                                    /s/
                         THERESA CARROLL BUCHANAN
                         UNITED STATES MAGISTRATE JUDGE
```

Alexandria, Virginia