IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Intersections Inc. and Net Enforcers, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Joseph C. Loomis and Jenni M. Loomis, <br><br> Defendants. | Civil Action No. 1:09CV597 (LMB/TCB) |

### DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

COMES NOW Defendant Joseph C. Loomis, by counsel, and moves this Honorable Court for partial summary judgment as to Counts I, III, V and VII of Plaintiff's Complaint, as well as to Plaintiffs' request for recission, and in support thereof respectfully directs the Court to Defendant's memorandum of points and authorities in support of his motion filed contemporaneously with this motion.

WHEREFORE, for the foregoing reasons, Defendant Joseph C. Loomis respectfully requests that this Court grant partial summary judgment as to Count I, III, V and VII and on the claim for relief by Plaintiffs for recission, and for such further relief as is just and proper.

### CERTIFICATION OF COMPLIANCE TO LOCAL RULE 7(E)

The undersigned counsel for Defendant communicated with Plaintiffs' counsel, Michelle Dickinson, regarding the issues of this motion and were not able to resolve their differences.

1

Respectfully submitted,

/s/
Timothy J. McEvoy, VSB No. 33277
CAMERON MCEVOY, PLLC
11325 Random Hills Road, Suite 200
Fairfax, Virginia 22030
(703) 273-8898
(703) 273-8897 (Facsimile)
tmcevoy@cameronmcevoy.com
*Attorney for Defendant*
*Joseph C. Loomis*

Case 1:09-cv-00597-LMB-TCB   Document 267   Filed 03/25/11   Page 3 of 3 PageID# 3974

# CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of March, 2011, I have filed a true and correct copy of the foregoing with the Clerk of Court via the CM/ECF efiling system which will send notification of this filing to the following counsel of record:

Tara Lee, Esquire
Ryan C. Berry, Esquire
DLA Piper LLP
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Counsel for Plaintiffs

David Clarke, Esquire
Michelle J. Dickinson, Esquire
Melissa R. Roth, Esquire
DLA Piper LLP
6225 Smith Avenue
Baltimore, Maryland 21209
Counsel for Plaintiffs

**And via electronic mail to:**
Ms. Jenni Loomis
212 Esquire Lane
Cary, North Carolina 27513
(919) 280-8251
jloomis13@hotmail.com
Defendant *Pro Se*

/s/
Timothy J. McEvoy, VSB No. 33277
CAMERON MCEVOY, PLLC
11325 Random Hills Road, Suite 200
Fairfax, Virginia 22030
(703) 273-8898
(703) 273-8897 (Facsimile)
tmcevoy@cameronmcevoy.com
Counsel for Defendant, Joseph C. Loomis

11325 Random Hills Road, Suite 200, Fairfax, Virginia 22030   TEL 703.273.8898   FAX 703.273.8897

Cameron McEvoy PLLC

3