UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| Intersections, Inc., et al.<br><br>            Plaintiff,<br><br>            v.<br><br>Joseph C. Loomis, et al.,<br><br>            Defendant. | Case No. 1:09cv597 (LMB/TCB) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, April 15, 2011, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendant Joseph C. Loomis, by counsel, will move this Honorable Court for hearing on Defendant's Objections to Magistrate Judge's Order Denying Defendant's Motion to Vacate Protective Order, previously filed with the Court.

Respectfully submitted,

/s/
Timothy J. McEvoy, VSB No. 33277
CAMERON MCEVOY, PLLC
11325 Random Hills Road, Suite 200
Fairfax, Virginia 22030
(703) 273-8898
(703) 273-8897 (Facsimile)
tmcevoy@cameronmcevoy.com
*Counsel for Defendant, Joseph C. Loomis*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April, 2011, I have filed a true and correct copy of the foregoing with the Clerk of Court via the CM/ECF efiling system which will send notification of this filing to the following counsel of record:

Tara Lee, Esquire
Ryan C. Berry, Esquire
DLA Piper LLP
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Counsel for Plaintiffs

David Clarke, Esquire
Michelle J. Dickinson, Esquire
Melissa R. Roth, Esquire
DLA Piper LLP
6225 Smith Avenue
Baltimore, Maryland 21209
Counsel for Plaintiffs

**And via electronic mail to:**
Ms. Jenni Loomis
212 Esquire Lane
Cary, North Carolina 27513
(919) 280-8251
jloomis13@hotmail.com
Defendant *Pro Se*

/s/_____
Timothy J. McEvoy, VSB No. 33277
CAMERON MCEVOY, PLLC
11325 Random Hills Road, Suite 200
Fairfax, Virginia 22030
(703) 273-8898
(703) 273-8897 (Facsimile)
tmcevoy@cameronmcevoy.com
*Counsel for Defendant, Joseph C. Loomis*

2