**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| Intersections Inc. and Net Enforcers, Inc.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Joseph C. Loomis and Jenni M. Loomis,<br><br>　　　　　Defendants. | Civil Action No. 1:09CV597 (LMB/TCB) |

## JOINT MOTION TO TEMPORARILY STAY ACTION

Plaintiffs, Intersections Inc. and Net Enforcers, Inc., and Defendants, Joseph C. Loomis and Jenni M. Loomis, for the reasons stated in the accompanying Memorandum of Law, respectfully request that the Court temporarily stay this action until June 30, 2011. As described in the accompanying Memorandum of Law, the parties have entered into a written Settlement Agreement dated April 6, 2011 and have filed a motion with the United States Bankruptcy Court for the District of Arizona seeking approval of the settlement. The parties anticipate that the settlement will be approved by the Bankruptcy Court, and that the actions to be taken pursuant to the settlement will be completed, by June 30, 2011.

Dated: April 7, 2011　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By:　　/s/
　　　　　　　　　　　　　　　　　　　　　　Ryan C. Berry (Virginia Bar No. 67956)
　　　　　　　　　　　　　　　　　　　　　　Tara Lee (Virginia Bar No. 71594)
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　　　　　DLA PIPER LLP (US)
　　　　　　　　　　　　　　　　　　　　　　1775 Wiehle Avenue, Suite 400
　　　　　　　　　　　　　　　　　　　　　　Reston, Virginia 20190
　　　　　　　　　　　　　　　　　　　　　　Telephone: 703.773.4000
　　　　　　　　　　　　　　　　　　　　　　Facsimile: 703.773.5000
　　　　　　　　　　　　　　　　　　　　　　Ryan.Berry@dlapiper.com
　　　　　　　　　　　　　　　　　　　　　　Tara.Lee@dlapiper.com

David Clarke (admitted *pro hac vice*)
Michelle J. Dickinson (admitted *pro hac vice*)
Melissa R. Roth (admitted *pro hac vice*)
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, Maryland 21209
Telephone:  410.580.3000
Facsimile:    410.580.3001
David.Clarke@dlapiper.com
Michelle.Dickinson@dlapiper.com
Melissa.Roth@dlapiper.com

*Attorneys for Plaintiffs*
*Intersections Inc. and Net Enforcers, Inc.*


_____/s/ (with permission)_____
Timothy J. McEvoy
Cameron McEvoy, PLLC
11325 Random Hills Road
Suite 200
Fairfax , VA 22030
Email: tmcevoy@cameronmcevoy.com

*Counsel for Defendant Joseph C. Loomis*


_____/s/ (with permission)_____
Jenni Loomis
212 Esquire Lane
Cary, North Carolina 27513
Telephone:  (919) 280-8251

*Pro Se*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of April, 2011, I caused the foregoing Joint Motion to Stay Action to be electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Timothy J. McEvoy
>Cameron McEvoy, PLLC
>11325 Random Hills Road
>Suite 200
>Fairfax , VA 22030
>(703) 273-8898
>Email: tmcevoy@cameronmcevoy.com
>
>*Counsel for Defendant Joseph C. Loomis*
>
>Jenni Loomis
>212 Esquire Lane
>Cary, North Carolina 27513
>Telephone:  (919) 280-8251
>
>*Pro Se*

        /s/
Ryan C. Berry (Virginia Bar No. 67956)
Attorney for Plaintiffs
DLA PIPER LLP (US)
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190-5159
Phone: (703) 773-4000
Facsimile: (703) 773-5000
ryan.berry@dlapiper.com