**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| Intersections Inc. and Net Enforcers, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Joseph C. Loomis and Jenni M. Loomis, <br><br> Defendants. | Civil Action No. 1:09CV597 (LMB/TCB) |

**MEMORANDUM IN SUPPORT OF JOINT MOTION
<u>TO TEMPORARILY STAY ACTION</u>**

Plaintiffs, Intersections Inc. ("Intersections") and Net Enforcers, Inc. ("NEI", and together with Intersections, "Plaintiffs") and Defendants Joseph C. Loomis and Jenni M. Loomis (collectively, "Defendants") hereby submit this Memorandum in support of their Joint Motion to Temporarily Stay Action pending determination of the motion to approve settlement agreement filed by the parties in the United States Bankruptcy Court for the District of Arizona (the "Bankruptcy Court").

On April 6, 2011, the Plaintiffs, the Defendants and various other parties related to the Defendants entered into a Settlement Agreement. A copy of the Settlement Agreement is attached as Exhibit A. On April 7, 2011, the parties filed a motion with the United States Bankruptcy Court for the District of Arizona seeking approval of the settlement. A copy of the motion is attached hereto as Exhibit B. The Settlement Agreement fully resolves all claims and counterclaims in this action. The parties anticipate that the settlement will be approved by the Bankruptcy Court, and that the actions to be taken pursuant to the settlement will be completed,

by June 30, 2011. Accordingly, the parties request an immediate stay of this action until June 30, 2011.

The parties have filed this motion in a good faith effort to assist in the efficient administration of this action. A stay is warranted to avoid an unnecessary waste of judicial resources and unnecessary expense to the parties.

Dated: April 7, 2011  Respectfully submitted,

By:    /s/
Ryan C. Berry (Virginia Bar No. 67956)
Tara Lee (Virginia Bar No. 71594)
Attorneys for Plaintiffs
DLA PIPER LLP (US)
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Telephone: 703.773.4000
Facsimile: 703.773.5000
Ryan.Berry@dlapiper.com
Tara.Lee@dlapiper.com

David Clarke (admitted *pro hac vice*)
Michelle J. Dickinson (admitted *pro hac vice*)
Melissa R. Roth (admitted *pro hac vice*)
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, Maryland 21209
Telephone: 410.580.3000
Facsimile: 410.580.3001
David.Clarke@dlapiper.com
Michelle.Dickinson@dlapiper.com
Melissa.Roth@dlapiper.com

*Attorneys for Plaintiffs*
*Intersections Inc. and Net Enforcers, Inc.*

        /s/ (with permission)
Timothy J. McEvoy
Cameron McEvoy, PLLC
11325 Random Hills Road
Suite 200
Fairfax , VA 22030
Email: tmcevoy@cameronmcevoy.com

*Counsel for Defendant Joseph C. Loomis*


        /s/ (with permission)
Jenni Loomis
212 Esquire Lane
Cary, North Carolina 27513
Telephone: (919) 280-8251

*Pro Se*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of April, 2011, I caused the foregoing Memorandum in Support of Joint Motion to Temporarily Stay Action to be electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Timothy J. McEvoy
>Cameron McEvoy, PLLC
>11325 Random Hills Road
>Suite 200
>Fairfax , VA 22030
>(703) 273-8898
>Email: tmcevoy@cameronmcevoy.com
>
>*Counsel for Defendant Joseph C. Loomis*
>
>Jenni Loomis
>212 Esquire Lane
>Cary, North Carolina 27513
>Telephone:  (919) 280-8251
>
>*Pro Se*

>    /s/
>Ryan C. Berry (Virginia Bar No. 67956)
>Attorney for Plaintiffs
>DLA PIPER LLP (US)
>1775 Wiehle Avenue, Suite 400
>Reston, Virginia 20190-5159
>Phone: (703) 773-4000
>Facsimile: (703) 773-5000
>ryan.berry@dlapiper.com