

DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland  21209-3600
www.dlapiper.com

Michelle J. Dickinson
michelle.dickinson@dlapiper.com
T  410.580.4137
F  410.580.3137

June 27, 2011
VIA ELECTRONIC FILING

The Honorable Leonie M. Brinkema
United States District Judge
United States District Court for the Eastern District of Virginia
Albert V. Bryan Courthouse
401 Courthouse Square
Alexandria, Virginia  22314

Re:   *Intersections Inc., et al. v. Joseph C. Loomis, et al.*, Case No. 1:09-cv-00597-LMB-TCB

Dear Judge Brinkema:

As you will recall, we represent the plaintiffs in the above-referenced action. This letter is submitted with the cooperation of the defendants.

By Order entered on April 8, 2011, the Court stayed this action and directed the parties to provide to the Court by June 30, 2011 a status report on their efforts to conclude their settlement. We are pleased to report that the United States Bankruptcy Court for the District of Arizona has approved the settlement, and the parties are taking steps to finalize the transactions provided for under the settlement (including the conveyance of various parcels of real estate). We anticipate that a closing of the transactions provided for under the settlement will take place within the next month. Accordingly, the parties request that the stay of this action be extended through August 1, 2011. Once the closing has occurred, we will promptly file a stipulation of dismissal.

Thank you for your consideration.

Respectfully submitted,

*Michelle Dickinson* by ICP

Michelle J. Dickinson


cc:   Timothy J. McEvoy, Esquire (vie electronic mail)
      Jenni M. Loomis (via overnight courier)


EAST\45003207.1