

DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland  21209-3600
www.dlapiper.com

Michelle J. Dickinson
michelle.dickinson@dlapiper.com
T  410.580.4137
F  410.580.3137

August 1, 2011
VIA ELECTRONIC FILING

The Honorable Leonie M. Brinkema
United States District Judge
United States District Court for the Eastern District of Virginia
Albert V. Bryan Courthouse
401 Courthouse Square
Alexandria, Virginia  22314

Re:   *Intersections Inc., et al. v. Joseph C. Loomis, et al.*, Case No. 1:09-cv-00597-LMB-TCB

Dear Judge Brinkema:

As you will recall, we represent the plaintiffs in the above action.  This letter is submitted with the cooperation of the defendants.

As indicated in my letter of June 27, 2011, the parties are taking steps to finalize the transactions provided for under their court-approved settlement (including the conveyance of various parcels of real estate).  Although we had anticipated a closing in July, we now anticipate that the closing will take place during the month of August.  Accordingly, the parties request that the stay of this action be extended through September 1, 2011.  Once the closing has occurred, we will promptly file a stipulation of dismissal.

Thank you for your consideration.

Respectfully submitted,

Michelle J. Dickinson

cc:   Timothy J. McEvoy, Esquire (vie electronic mail)
      Jenni M. Loomis (via overnight courier)

EAST\45380844.1