

DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
www.dlapiper.com

Michelle J. Dickinson
michelle.dickinson@dlapiper.com
T 410.580.4137
F 410.580.3137

September 1, 2011
VIA ELECTRONIC FILING

The Honorable Leonie M. Brinkema
United States District Judge
United States District Court for the Eastern District of Virginia
Albert V. Bryan Courthouse
401 Courthouse Square
Alexandria, Virginia 22314

Re: *Intersections Inc., et al. v. Joseph C. Loomis, et al.*, Case No. 1:09-cv-00597-LMB-TCB

Dear Judge Brinkema:

As you will recall, we represent the plaintiffs in the above action. This letter is submitted with the cooperation of the defendants.

Issues have arisen that have delayed the closing of the parties' court-approved settlement. As a result, Mr. Loomis has filed a motion with the bankruptcy court seeking an order compelling Intersections Inc. and Net Enforcers, Inc. to conclude the settlement. The bankruptcy court has scheduled a hearing on the motion for September 14, 2011.

At this point, the parties request that the stay of this action be extended through October 3, 2011, with the parties to provide a status report by such date. In addition, if helpful to the Court, the parties can provide copies of recent filings with the bankruptcy court that provide detail about the issues that have delayed the closing of the settlement.

Thank you for your consideration.

Respectfully submitted,

Michelle J. Dickinson

cc: Timothy J. McEvoy, Esquire (vie electronic mail)
Jenni M. Loomis (via overnight courier)

EAST\46731352.1